**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Harry**<br>First name<br><br>**Allen**<br>Middle name<br><br>**Hart**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | Harry A Hart, II | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2085 | |

Debtor 1    **Harry Allen Hart**    Case number *(if known)* _____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☑ I have not used any business name or EINs.

Business name(s) _____

EIN _____

☐ I have not used any business name or EINs.

Business name(s) _____

EIN _____

**5. Where you live**

**2363 Trafalgar Avenue**
**Riverside, CA 92506**
Number, Street, City, State & ZIP Code

**Riverside**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**56728 29 Palms Highway**
**Yucca Valley, CA 92284**
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Harry Allen Hart**                                                    Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.**  The chapter of the Bankruptcy Code you are choosing to file under

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.**  How you will pay the fee

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.**  Have you filed for bankruptcy within the last 8 years?

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship to you | _____ |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.**  Do you rent your residence?

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Harry Allen Hart**                                             Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

■ No.

☐ Yes.    What is the hazard?    _____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Harry Allen Hart**          Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Harry Allen Hart**                                    Case number (if known)

| **Part 6:** | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____               _____
**Harry Allen Hart**                     Signature of Debtor 2
Signature of Debtor 1

AUG 0 3 2020

Executed on _____     Executed on _____
              MM / DD / YYYY                            MM / DD / YYYY

Debtor 1   Harry Allen Hart _____

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____      Date   **AUG 0 3 2020**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Summer Shaw, Esq.** _____
Printed name

**SHAW & HANOVER, PC** _____
Firm name

**42600 Caroline Court, Suite 101**
**Palm Desert, CA 92211** _____
Number, Street, City, State & ZIP Code

Contact phone   **(760) 610-0000** _____     Email address   **ss@shaw.law** _____

**283598 CA** _____
Bar number & State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Harry Allen Hart** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  |  |  |  | Unsecured claim |
|---|---|---|---|---|

**1**

California Department of Tax and Fee Administration
Special Ops, MIC:55
PO Box 942879
Sacramento, CA 94279-0055

What is the nature of the claim?    **2019 Business Taxes**    $ **$8,977.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)    $ _____
  Value of security:    - $ _____
  Unsecured claim    $ _____

_____
Contact

_____
Contact phone

**2**

California Department of Tax and Fee Administration
Special Ops, MIC:55
PO Box 942879
Sacramento, CA 94279-0055

What is the nature of the claim?    **2018 Business Taxes**    $ **$4,486.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)    $

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Harry Allen Hart**                                    Case number *(if known)* _____

Contact _____

Contact phone _____

Value of security:                    - $ _____
Unsecured claim                         $ _____

---

**3**

Dental Board of California
2005 Evergreen Street
Suite 1550
Sacramento, CA 95815

What is the nature of the claim?    **Business Debt**    $ **$5,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:                       - $ _____
    Unsecured claim                           $ _____

Contact _____

Contact phone _____

---

**4**

Ensen Mason CPA CFA - Tax
Collector
County of San Benanrdino
268 West Hospitality Lane
San Bernardino, CA 92415-0360

What is the nature of the claim?    **Unsecured Property**    $ **$1,068.59**
                                     **Taxes for 5672829**
                                     **Palms Highway,**
                                     **Yucca Valley, CA**
                                     **92284**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:                       - $ _____
    Unsecured claim                           $ _____

Contact _____

Contact phone _____

---

**5**

Eric Stoppenhagen
2085 E. Liberty Street
Round Rock, TX 78664

What is the nature of the claim?    **Business Debt -**    $ **$362,727.28**
                                     **Lawsuit**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:                       - $ _____
    Unsecured claim                           $ _____

Contact _____

Contact phone _____

---

**6**

What is the nature of the claim?    **Business Debt -**    $ **$7,807.50**
                                     **Lawsuit**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    __Harry Allen Hart__    Case number (if known) _____

| | |
|---|---|
| Farmers Insurance Exchange<br>c/o Alan D. Wilner, APC<br>847 No. Hollywood Way, Suite 201<br>Burbank, CA 91505-2826 | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured)    $ _____<br>      Value of security:    - $ _____<br>      Unsecured claim    $ _____ |

_____
Contact
_____
Contact phone

---

**7**

| | |
|---|---|
| Hibu Inc.<br>601 108th Avenue NE<br>Suite 1810<br>Bellevue, WA 98004 | **What is the nature of the claim?**    Business Debt -  $ $15,630.50<br>Judgment<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>☑ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured)    $ _____<br>      Value of security:    - $ _____<br>      Unsecured claim    $ _____ |

_____
Contact
_____
Contact phone

---

**8**

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **What is the nature of the claim?**    2012 Income Taxes  $ $628,247.39<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured)    $ _____<br>      Value of security:    - $ _____<br>      Unsecured claim    $ _____ |

_____
Contact
_____
Contact phone

---

**9**

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **What is the nature of the claim?**    2011 Income Taxes  $ $289,335.31<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>☑ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured)    $ _____<br>      Value of security:    - $ _____<br>      Unsecured claim    $ _____ |

_____
Contact
_____
Contact phone

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Harry Allen Hart**                                          Case number *(if known)*

---

| 10 | |
|---|---|

**Jon Christensen**
**Treasurer - Tax Collector**
**4080 Lemon Street, 1st Floor**
**PO Box 12005**
**Riverside, CA 92502-2205**

_____
Contact

_____
Contact phone

What is the nature of the claim?      **Unsecured Property**
                                      **Taxes for 11523 Palm**
                                      **Drive, Desert Hot**
                                      **Springs, CA  92240**     $ **$1,862.90**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply

Does the creditor have a lien on your property?
- [x] No
- [ ] Yes. Total claim (secured and unsecured)      $ _____
          Value of security:                      - $ _____
          Unsecured claim                           $ _____

---

| 11 | |
|---|---|

**JPMorgan Chase Bank, N.A.***
**Attn: Officer, Director or**
**Managing Agent**
**1111 Polaris Parkway**
**Columbus, OH 43240**

_____
Contact

_____
Contact phone

What is the nature of the claim?      **Business Debt - Credit**  $ **$89,274.48**
                                      **Card**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply

Does the creditor have a lien on your property?
- [x] No
- [ ] Yes. Total claim (secured and unsecured)      $ _____
          Value of security:                      - $ _____
          Unsecured claim                           $ _____

---

| 12 | |
|---|---|

**JPMorgan Chase Bank, N.A.***
**Attn: Officer, Director or**
**Managing Agent**
**1111 Polaris Parkway**
**Columbus, OH 43240**

_____
Contact

_____
Contact phone

What is the nature of the claim?      **Business Debt - Credit**  $ **$20,109.20**
                                      **Card**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply

Does the creditor have a lien on your property?
- [x] No
- [ ] Yes. Total claim (secured and unsecured)      $ _____
          Value of security:                      - $ _____
          Unsecured claim                           $ _____

---

| 13 | |
|---|---|

**Osio International, Inc.**

What is the nature of the claim?      **Business Debt -**  $ **$133,650.00**
                                      **Judgment**

---

B 104 (Official Form 104)                For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                Page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

Debtor 1    **Harry Allen Hart**                                              Case number (if known) _____

**2550 E. Cerritos Avenue**
**Anaheim, CA 92806**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 14 | | | |

**Pawnee Leasing Corporation**
**3801 Automation Way**
**Suite 207**
**Fort Collins, CO 80525**

What is the nature of the claim?    **Business Debt -**    $ **$16,501.87**
**Judgment**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 15 | | | |

**State of California**
**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

What is the nature of the claim?    **2018 Income Taxes**    $ **$5,929.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 16 | | | |

**State of California**
**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

What is the nature of the claim?    **2019 Income Taxes**    $ **$9,598.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Harry Allen Hart**                                    Case number *(if known)*

| 17 | | What is the nature of the claim? | 2012 Income Taxes | $ $7,377.00 |

**State of California**
**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)      $ _____
Value of security:      - $ _____
Unsecured claim      $ _____

Contact

Contact phone

---

| 18 | | What is the nature of the claim? | Business Debt -
Lawsuit Case No.
RIC1616847 | $ $1,312,304.54 |

**Wells Fargo Bank, N.A.**
**Attn: Officer, Director or**
**Managing Agent**
**101 North Phillips Avenue**
**Sioux Falls, SD 57104**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)      $ _____
Value of security:      - $ _____
Unsecured claim      $ _____

Contact

Contact phone

---

| 19 | | What is the nature of the claim? | Business Debt -
Lawsuit Case No.
RIC1902511 | $ $1,080,875.70 |

**Wells Fargo Bank, N.A.**
**Attn: Officer, Director or**
**Managing Agent**
**101 North Phillips Avenue**
**Sioux Falls, SD 57104**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)      $ _____
Value of security:      - $ _____
Unsecured claim      $ _____

Contact

Contact phone

---

| 20 | | What is the nature of the claim? | Business Debt -
Judgment | $ $71,517.15 |

**Yanny & Smith, PC**
**1801 Century Park E.**
**Suite 2400**
**Los Angeles, CA 90067**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No

B 104 (Official Form 104)                For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                Page 6

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1    **Harry Allen Hart** _____    Case number *(if known)* _____

|  | | | |
|---|---|---|---|
| Contact _____ | ☐ | Yes. Total claim (secured and unsecured) | $ _____ |
| | | Value of security: | - $ _____ |
| Contact phone _____ | | Unsecured claim | $ _____ |

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____    X _____
**Harry Allen Hart**                     Signature of Debtor 2
Signature of Debtor 1

Date    AUG 0 3 2020 _____    Date _____

B 104 (Official Form 104)                For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                Page 7

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Summer Shaw, Esq.<br>42600 Caroline Court, Suite 101<br>Palm Desert, CA 92211<br>(760) 610-0000 Fax: (760) 687-2800<br>California State Bar Number: 283598 CA<br>ss@shaw.law | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>       Harry Allen Hart | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br>                                          Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __9__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____AUG 0 3 2020_____          _____
                                                                    Signature of Debtor 1

Date: _____

                 _____AUG 0 3 2020_____          _____
Date: _____          Signature of Debtor 2 (joint debtor) ) (if applicable)

                                                                    _____
                                                                    Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Harry Allen Hart
56728 29 Palms Highway
Yucca Valley, CA 92284


Summer Shaw, Esq.
SHAW & HANOVER, PC
42600 Caroline Court, Suite 101
Palm Desert, CA 92211


Alan D. Wilner, APC
847 No. Hollywood Way, Suite 201
Burbank, CA 91505-2826


Apex Cardmember Services
214 West College Street
Murfreesboro, TN 37130


Ascentium Capital
PO Box 301593
Dallas, TX 75303-1593


Ascentium Capital, LLC
23970 Highway 59 North
Kingwood, TX 77339


Axos Bank
Attn: Officer, Director or
Managing Agent
4350 La Jolla Village Dr., Ste. 140
San Diego, CA 92121


Bank of America, N.A.
Attn: Officer, Director or
Managing Agent
100 North Tryon Street
Charlotte, NC 28202

Bank of America, N.A.
PO Box 982238
El Paso, TX 79998

Bank of America, N.A.
c/o C T Corporation System
Agent for Service of Process
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

Bank of America, N.A.
Attn: Officer, Director or
Managing Officer
150 N. College St., NC1-028-17-06
Charlotte, NC 28255

Bank of America, N.A.
Attn: Officer, Director or
Managing Officer
PO Box 5170, Unit CA6-919-01-41
Simi Valley, CA 93062

Bank of America, N.A.
Attn: Officer, Director or
Managing Officer
PO Box 15047
Wilmington, DE 19850-5047

Bankers Healthcare Group, LLC
10234 W. State Road 84
Fort Lauderdale, FL 33324

Bankers Healthcare Group, LLC
4875 Volunteer Road
Fort Lauderdale, FL 33330

Bankers Healthcare Group, LLC
201 Solar Street
Syracuse, NY 13204

Bankers Healthcare Group, LLC
Agent for Service of Process
Richard L. Weiner
27240 Turnberry Lane, Suite 200
Valencia, CA 91355

Betty Smith Clark
c/o Ross Wersching & Wolcott, LLP
3151 Airway Avenue, Suite S-1
Costa Mesa, CA 92626

California Custom Bottle, Inc.
2363 Trafalgar Aveneu
Riverside, CA 92506

California Custom Bottles, Inc.
2363 Trafalgar Avenue
Riverside, CA 92506

California Department of Tax and
Fee Administration
Special Ops, MIC:55
PO Box 942879
Sacramento, CA 94279-0055

ChoiceHealth Finance
1310 Madrid Street
Suite 101
Marshall, MN 56258-4002

CIT Bank, N.A.
Attn: Officer, Director or
Managing Agent
888 East Walnut Street
Pasadena, CA 91101

CIT Bank, N.A.
1 CIT Drive
Livingston, NJ 07039

CIT Bank, N.A.
c/o C T Corporation System
Agent for Service of Process
818 West Seventh Street, Suite 930
Los Angeles, CA 90017


City National Bank
Attn: Officer, Dirctor or
Managment Agent
555 S. Flower Street
Los Angeles, CA 90071


City National Bank
Gate Way Air
Wilmington, DE 19801


City National Bank
PO Box 60938
Los Angeles, CA 90060


Daniel J. Bramzon, Esq.
2500 Wilshire Boulevard
Suite 500
Los Angeles, CA 90057


Daniel J. Bramzon, Esq.
1545 Wilshire Boulevard
Suite 600
Los Angeles, CA 90057


Dental Board of California
2005 Evergreen Street
Suite 1550
Sacramento, CA 95815


Direct Capital
155 Commerce Way
Portsmouth, NH 03801

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001


Ensen Mason CPA CFA - Tax Collector
County of San Bernanrdino
268 West Hospitality Lane
San Bernardino, CA 92415-0360


Eric Stoppenhagen
2085 E. Liberty Street
Round Rock, TX 78664


Farmers Insurance Exchange
c/o Alan D. Wilner, APC
847 No. Hollywood Way, Suite 201
Burbank, CA 91505-2826


Ferns Adams & Associates
2815 Mitchell Drive, #210
Walnut Creek, CA 94598


First American Title Company
Attn: Officer, Director or MGA
11 First American Way
Santa Ana, CA 92707


First American Title Company
Attn: CSC - Lawyers Inc. Services
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833


First American Title Insurance Co
Attn: Officer, Director & MGA
1 First American Way
Santa Ana, CA 92707

First American Title Insurance Co
Attn: CSC - Lawyers Inc. Service
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833


Gardener & Riechmann, Inc.
1806 No. Broadway, Suite A
Santa Ana, CA 92706


Gregory J. Salute
Supervising Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101


Gresham Savage Nolan & Tilden
3403 Tenth Street, Suite 700
Riverside, CA 92501-3641


Harry Hart Dental Corporation
56728 29 Palms Highway
Yucca Valley, CA 92284


Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard
12th Floor
Encino, CA 91436


Hibu Inc.
601 108th Avenue NE
Suite 1810
Bellevue, WA 98004


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JL Financing, LLC
2804 Honolulu Avenue
PO Box 158
Verdugo City, CA 91046-0158


Jon Christensen
Treasurer-Tax Collector
4080 Lemon Street, 1st Floor
PO Box 12005
Riverside, CA 92502-2205


Jon Christensen
Treasurer - Tax Collector
4080 Lemon Street, 1st Floor
PO Box 12005
Riverside, CA 92502-2205


Joseph A. Yanny, Esq.
1801 Century Park E
Suite 2400
Los Angeles, CA 90067


JPMorgan Chase Bank, N.A.
c/o C T Corporation System
Agent for Service of Process
818 West Seventh Street, 2nd Floor
Los Angeles, CA 90017


JPMorgan Chase Bank, N.A.*
Attn: Officer, Director or
Managing Agent
1111 Polaris Parkway
Columbus, OH 43240


Kevin Paul Hermansen
1545 Wilshire Boulevard
Suite 1600
Los Angeles, CA 90017


Law Office of Katherine Kane
1009 Wilshire Boulevard
Suite 220
Santa Monica, CA 90401

Lindsay Hawkins
49645 Magnolia Drive
Morongo Valley, CA 92256


Madison Co Treasurer Shelly Burke
PO Box 247, 103 W. Wallace
Virginia City, MT 59755


Mohave County Treasurer
PO Box 712
Kingman, AZ 86402


Molly E. Selway
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101


Navitas Credit Corp.
201 Executive Center Drive
Suite 100
Columbia, SC 29210


Osio International, Inc.
2550 E. Cerritos Avenue
Anaheim, CA 92806


Pawnee Leasing Corporation
3801 Automation Way
Suite 207
Fort Collins, CO 80525


Pawnee Leasing Corporation
700 Centre Avenue
Fort Collins, CO 80526

RG Financing
PO Box 158
Verdugo City, CA 91046


Roger Randazzo
809 Park Hill Avenue
Bullhead City, AZ 86429


Ross Wersching & Wolcott, LLP
3151 Airway Avenue, Suite S-1
Costa Mesa, CA 92626


Shellpoint Mortgage Servicing
Attn: Bankruptcy
PO Box 10826
Greenville, SC 29603


Shellpoint Mortgage Servicing
Attn: Officer, Director or
Managing Agent
55 Beattie Place
Greenville, SC 29601


SoCal Bottling, Inc.
2363 Trafalgar Avenue
Riverside, CA 92506


State of California
Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


Stern & Goldberg
6345 Balboa Boulevard
Suite 200
Encino, CA 91316

Stream Kim Hicks Wrage & Alfaro PC
3403 10th Street
Suite 700
Riverside, CA 92501


Tangerine Terrace POA
3900 Frontage Road, Suite 1
Bullhead City, AZ 86442


U.S. Trustee
3801 University Avenue
Riverside, CA 92501


Union Bank of California, N.A.
Now dba MUFG Union Bank, NA
Attn: Agent for Service of Process
400 California Street
San Francisco, CA 94104


Wells Fargo Bank, N.A.
Attn: Officer, Director or
Managing Agent
101 North Phillips Avenue
Sioux Falls, SD 57104


Wells Fargo Bank, N.A.
c/o CSC - Lawyers Inc. Service
Agent for Service of Process
251 Little Falls Drive
Wilmington, DE 19808


Xavier Becerra
Attorney General of California
600 West Broadway, Suite 1800
San Diego, CA 92101


Yanny & Smith, PC
1801 Century Park E.
Suite 2400
Los Angeles, CA 90067