# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

Debtor filed a Chapter 7 bankruptcy around 1990, in the Central District of California, Santa Ana Division.  Case number unknown and believes case was discharged.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Palm Desert** , California.

Date: AUG 1 6 2020

Harry Allen Hart
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1              **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harry Allen Hart** |
| | First Name — Middle Name — Last Name |
| Debtor 2 (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **6:20-bk-15288-SY** |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. Schedule A/B: Property (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.................................. | $ 4,279,200.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.......................... | $ 73,620.88 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................. | $ 4,352,820.88 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 3,535,364.98 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ 940,486.70 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 2,893,729.20 |
| **Your total liabilities** | $ 7,369,580.88 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................. | $ 37,339.78 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*..................................... | $ 31,051.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■   Yes

7.  **What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **Harry Allen Hart**                                    Case number *(if known)*  **6:20-bk-15288-SY**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                   $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | | Total claim |
|---|---|---|
| From Part 4 on *Schedule E/F,* copy the following: | | |
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 940,486.70 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| | | |
| 9g. **Total.** Add lines 9a through 9f. | $ | 940,486.70 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Harry Allen Hart** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **6:20-bk-15288-SY** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                       12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

---

1.1

**2363 Trafalgar Avenue**
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Riverside        CA    92506-0000**
City                State    ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,200,000.00 | $2,200,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Riverside**
County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Debtor's Residence: 5 bedroom/6 bath, approx. 16,000 sq. ft., built in 1999.**
========================
**LIQUIDATION ANALYSIS: Comparable value - $2,200,000.00 - Est. costs of sale (8%) - $176,000.00, = FMV of Debtor's interest - $2,024,000.00 - 1st TD - $1,641.774.10 - 2nd TD - $148,374.00 - Property Taxes - $12,964.88 = $220,887.02**

---

Debtor 1    Harry Allen Hart                                                Case number *(if known)*   6:20-bk-15288-SY

**If you own or have more than one, list here:**

1.2

10795 S. Tangerine Drive
Street address, if available, or other description

| What is the property? Check all that apply |
| --- |
| ■ Single-family home |
| ☐ Duplex or multi-unit building |
| ☐ Condominium or cooperative |
| ☐ Manufactured or mobile home |
| ☐ Land |
| ☐ Investment property |
| ☐ Timeshare |
| ☐ Other |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Mohave Valley    AZ    86440-0000
City                State    ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $745,000.00 | $745,000.00 |

**Who has an interest in the property?** Check one

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Mohave
County

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Fee simple

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

Residential Property: 3 bedroom/3 bath, approx. 3098 sq. ft., built in 2001.
====================
LIQUIDATION ANALYSIS: Comparable value - $745,000.00 - Est. costs of sale (8%) - $59,600.00, = FMV of Debtor's interest - $685,400.00 - 1st TD - $596,000.00 = $89,400.00

---

**If you own or have more than one, list here:**

1.3

56728 & 56734 29 Palms Highway
Street address, if available, or other description

| What is the property? Check all that apply |
| --- |
| ☐ Single-family home |
| ☐ Duplex or multi-unit building |
| ☐ Condominium or cooperative |
| ☐ Manufactured or mobile home |
| ☐ Land |
| ☐ Investment property |
| ☐ Timeshare |
| ■ Other    Commercial |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Yucca Valley    CA    92284-0000
City                State    ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $730,000.00 | $730,000.00 |

**Who has an interest in the property?** Check one

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

San Bernardino
County

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Fee simple

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

Commercial Property: 56728 29 Palms Hwy is a commercial building, approx. 3549 sq. ft., built in 1982.
56734 29 Palms Hwy is a small commercial building, consisting of approx. 774 sq. ft., built in 1950.  The properties are currently occupied and rented to Debtor's corporation as one of his dental offices.
====================
LIQUIDATION ANALYSIS: Comparable value - $730,000.00 - Est. costs of sale (8%) - $58,400.00, = FMV of Debtor's interest - $671,600.00 - 1st TD - $281,671.83 = $389,928.17

Debtor 1    **Harry Allen Hart**    Case number *(if known)*    **6:20-bk-15288-SY**

---

**1.4** | If you own or have more than one, list here:

**11523 Palm Drive**
Street address, if available, or other description

**Desert Hot Springs**    **CA**    **92240-0000**
City    State    ZIP Code

**Riverside**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other    **Commercial Property**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$450,000.00**

Current value of the portion you own?    **$450,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property *(see instructions)*

Other information you wish to add about this item, such as local property identification number:

**Commercial Property: Approx. 2,150 sq. ft., built in 2006.  This property is also occupied and rented to Debtor's corporation as one of his dental offices.**
========================
**LIQUIDATION ANALYSIS: Comparable value - $450,000.00 - Est. costs of sale (8%) - $36,000.00, = FMV of Debtor's interest - $414,000.00 - 1st TD - $175,000.00 = $239,000.00**

---

**1.5** | If you own or have more than one, list here:

**APN: 935380005**
Street address, if available, or other description

**Temecula**    **CA**    **92590-0000**
City    State    ZIP Code

**Riverside**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$150,000.00**

Current value of the portion you own?    **$150,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property *(see instructions)*

Other information you wish to add about this item, such as local property identification number:

**Vacant Land: 35.75 Acres**
========================
**LIQUIDATION ANALYSIS: Comparable value - $150,000.00 - Est. costs of sale (10%) - $15,000.00, = FMV of Debtor's interest - $135,000.00 - Property Taxes - $3,829.02  = $131,170.98**

---

Debtor 1    **Harry Allen Hart**                                    Case number *(if known)*   **6:20-bk-15288-SY**

1.6 **If you own or have more than one, list here:**

APN: 23006900
_____
Street address, if available, or other description

| | |
|---|---|
| Virginia City | MT   59755-0000 |
| City | State      ZIP Code |

Madison
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Vacant Lot: .21 Acres bare land**
========================
**LIQUIDATION ANALYSIS:** Comparable value - $4,200.00 - Est. costs of sale (10%) - $420.00, = FMV of Debtor's interest - $3,780.00

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,200.00 | $4,200.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................=> | $4,279,200.00 |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1 Make:    **Ford**
Model:   **F150**
Year:    **2006**
Approximate mileage:   **165,000**
Other information:
**KBB value for vehicle in good condition/trade-in value**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,950.00 | $3,950.00 |

3.2 Make:    **Harley Davidson**
Model:   **FLHRC Road King Classic**
Year:    **2007**
Approximate mileage:   **30,000**
Other information:
**KBB value for vehicle in good condition/trade-in value**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,800.00 | $5,800.00 |

Debtor 1    **Harry Allen Hart**                                   Case number *(if known)*    **6:20-bk-15288-SY**

| | | | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

**3.3**
Make: **Harley-Davidson**
Model: **FLHR Road King**
Year: **2002**
Approximate mileage: **26,000**
Other information:

> KBB value for vehicle in good condition/trade-in value

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this is community property (see instructions)

Current value of the entire property?    **$4,415.00**
Current value of the portion you own?    **$4,415.00**

**3.4**
Make: **Harley-Davidson**
Model: **FXDL Dyna Low Rider**
Year: **2003**
Approximate mileage: **40,000**
Other information:

> KBB value for vehicle in good condition/trade-in value

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this is community property (see instructions)

Current value of the entire property?    **$4,070.00**
Current value of the portion you own?    **$4,070.00**

**3.5**
Make: **Mercedes-Benz**
Model: **E320**
Year: **2005**
Approximate mileage: **215,000**
Other information:

> KBB value for vehicle in good condition/trade-in value

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this is community property (see instructions)

Current value of the entire property?    **$1,050.00**
Current value of the portion you own?    **$1,050.00**

**3.6**
Make: **Dodge**
Model: **Ram 1500**
Year: **2012**
Approximate mileage: **90,000**
Other information:

> KBB value for vehicle in good condition/trade-in value = $4,000.00
> Salvaged Vehicle - Vehicle is in Debtor's name only. However, Debtor gave the vehicle to his son-in-law in 02/2017 in exchange for work his son-in-law did for him but legal title to the vehicle was never transferred.

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this is community property (see instructions)

Current value of the entire property?    **$0.00**
Current value of the portion you own?    **$0.00**

**3.7**
Make: **Mercedes-Benz**
Model: **E320**
Year: **2006**
Approximate mileage: **450,000**
Other information:

> - KBB value for vehicle in good condition/trade-in value
> - Non-Op - Vehicle is not running, and vehicle is used for parts

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this is community property (see instructions)

Current value of the entire property?    **$1,000.00**
Current value of the portion you own?    **$1,000.00**

---

Official Form 106A/B                    Schedule A/B: Property                    page 5

Debtor 1    **Harry Allen Hart**                                   Case number *(if known)*   **6:20-bk-15288-SY**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.................................................................=>    | $20,285.00 |

**Part 3:   Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Household Goods and Furnishings (No Single Item Worth More Than $725 FMV) | $5,000.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | 2 Televisions, 1 Computer, 1 Laptop, 1 Printer/Scanner/Copier, and 1 Cell Phone (No Single Item Worth More Than $725 FMV) | $1,000.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | Treadmill and Gym Equipment | $300.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

    | 1 Winchester 300 Mag, 1 H&H 3.75, 1 Sieco 30.06, 3 Winchester 30.30, 1 Marlin 30.30, 1 Anderson .223, 1 Keltek 12 Guage Shotgun, 1 Remmington 12 Guage Shotgun, 1 Eastern 12 Guage Shotgun, 1 Essex 45, 1 Glock 45, 1 Springfield 45, 1 Colt 22 Handgun, 1 Smith & Wesson 38 Handgun, and 1 Smith & Wesson 44 Mag | $2,400.00 |

Debtor 1    **Harry Allen Hart** _____    Case number *(if known)*    **6:20-bk-15288-SY**

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Wearing Apparel | $450.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ■ No
   ☐ Yes. Describe.....

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here ................................................................................

| $9,150.00 |
|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes..............................................................................................

| | Cash on Hand | $4,500.00 |
|---|---|---|

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
   institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................      Institution name:

| 17.1. | Checking Account | Union Bank - 8386 | $25,280.75 |
|---|---|---|---|
| 17.2. | Checking Account | Union Bank - 7860<br>(The only funds deposited into this account<br>are SSI & VA benefits) | $2,264.36 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................      Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes. Give specific information about them....................
   Name of entity:                                    % of ownership:

| | | |
|---|---|---|
| Harry Hart Dental Corporation dba Hart Family Dental and Springwood Dental Group ("HHD"): Assets are misc. office furniture, 25 computers, 12 laptops, 6 printer/scanner/copiers, 14 dental chairs, 1 dental scanner, 1 crown machine, 6 Xray machines, misc. dental equipment all with a liquidation value of approx. $30,000.00.  The corporation also has 1 Wells Fargo checking account with approx. $12,380.02, and 3 Union Bank checking accounts, 1 with approx. $146,775.50, 1 with approx. $100.00, and 1 with approx. $10,411.00.  Total assets total approx. $200,000.00.  However, HHD's total debts appear to exceed it's assets. | 100%         % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                      Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                  Type of account:              Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................              Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1    **Harry Allen Hart**                                    Case number *(if known)*   **6:20-bk-15288-SY**

---

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

    | Potential claim(s) against Wells Fargo Bank for wrongfull foreclosure | Undetermined |
    |---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ☐ No
    ■ Yes.  Give specific information..

    | FOR DISCLOSURE PURPOSES<br>=============================<br>100% of Debtor's present and future interest in and right to receive Social Security Benefits [See 42 U.S.C. § 407(a)-  The right of any person to any future payment under this subchapter shall not be transferable or assignable, at law or in equity, and none of the monies paid or payable or rights existing under this subchapter shall be subject to execution, levy, attachment, garnishment, or other legal process, or to the operation of any bankruptcy or insolvency law] | $0.00 |
    |---|---|

---

Debtor 1    **Harry Allen Hart**                                          Case number *(if known)*    **6:20-bk-15288-SY**

| | |
|---|---|
| **FOR DISCLOSURE PURPOSES**<br>===============================<br>**100% of Debtor's present and future interest in and right to receive VA Disability Benefits 38 U.S.C. § 5301(a)(1)  (a)(1) - Payments of benefits due or to become due under any law administered by the Secretary shall not be assignable except to the extent specifically authorized by law, and such payments made to, or on account of, a beneficiary shall be exempt from taxation, shall be exempt from the claim of creditors, and shall not be liable to attachment, levy, or seizure by or under any legal or equitable process whatever, either before or after receipt by the beneficiary. The preceding sentence shall not apply to claims of the United States arising under such laws nor shall the exemption therein contained as to taxation extend to any property purchased in part or wholly out of such payments. The provisions of this section shall not be construed to prohibit the assignment of insurance otherwise authorized under chapter 19 of this title, or of servicemen's indemnity.The exact amount to be received is unknown, but could be calculated by multiplying Debtor's current annual benefits by Debtor's life expectency, if necessary.** | $0.00 |
| **Unused trusts funds in Debtor's bankruptcy counsel's trust account** | $12,140.77 |

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here.......................................................................................................      $44,185.88

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
    If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest In That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ...................................      $0.00

Debtor 1    **Harry Allen Hart** _____    Case number *(if known)*   **6:20-bk-15288-SY** _____

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ...........................................................................................    $4,279,200.00

56.  **Part 2: Total vehicles, line 5**                            $20,285.00

57.  **Part 3: Total personal and household items, line 15**          $9,150.00

58.  **Part 4: Total financial assets, line 36**                 $44,185.88

59.  **Part 5: Total business-related property, line 45**              $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**     $0.00

61.  **Part 7: Total other property not listed, line 54**      +       $0.00

62.  **Total personal property.** Add lines 56 through 61...      $73,620.88    Copy personal property total          $73,620.88

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62                      | $4,352,820.88 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Harry Allen Hart** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number | 6:20-bk-15288-SY | |
| (if known) | | ☐ Check if this is an amended filing |

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim. *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 2363 Trafalgar Avenue Riverside, CA 92506 Riverside County Debtor's Residence: 5 bedroom/6 bath, approx. 16,000 sq. ft., built in 1999. ========== LIQUIDATION ANALYSIS: Comparable value - $2,200,000.00 - Est. costs of sale (8%) - $176,000.00, Line from *Schedule A/B*: 1.1 | $2,200,000.00 | ■    $175,000.00 <br> ☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 -- (Debtor intends to exempt full fair market value up to exemption limits. (Debtor is a senior, disabled, or 55 years of age or older and has limited income)) |
| 2007 Harley Davidson FLHRC Road King Classic 30,000 miles KBB value for vehicle in good condition/trade-in value Line from *Schedule A/B*: 3.2 | $5,800.00 | ■    $3,325.00 <br> ☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| Household Goods and Furnishings (No Single Item Worth More Than $725 FMV) Line from *Schedule A/B*: 6.1 | $5,000.00 | ■    $10,000.00 <br> ☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

| Debtor 1 | Harry Allen Hart | | Case number (if known) | **6:20-bk-15288-SY** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2 Televisions, 1 Computer, 1 Laptop, 1 Printer/Scanner/Copier, and 1 Cell Phone (No Single Item Worth More Than $725 FMV)**<br>Line from *Schedule A/B*: **7.1** | $1,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Wearing Apparel**<br>Line from *Schedule A/B*: **11.1** | $450.00 | ☑ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Cash on Hand**<br>Line from *Schedule A/B*: **16.1** | $4,500.00 | ☑ $4,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Checking Account: Union Bank - 8386**<br>Line from *Schedule A/B*: **17.1** | $25,280.75 | ☑ $25,280.75<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Checking Account: Union Bank - 7860 (The only funds deposited into this account are SSI & VA benefits)**<br>Line from *Schedule A/B*: **17.2** | $2,264.36 | ☑ $2,264.36<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.080 |
| **Checking Account: Union Bank - 7860 (The only funds deposited into this account are SSI & VA benefits)**<br>Line from *Schedule A/B*: **17.2** | $2,264.36 | ☑ $2,264.36<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 U.S.C. § 407 |
| **Checking Account: Union Bank - 7860 (The only funds deposited into this account are SSI & VA benefits)**<br>Line from *Schedule A/B*: **17.2** | $2,264.36 | ☑ $2,264.36<br>☐ 100% of fair market value, up to any applicable statutory limit | 38 U.S.C. § 5301(a) |
| **Checking Account: Union Bank - 7860 (The only funds deposited into this account are SSI & VA benefits)**<br>Line from *Schedule A/B*: **17.2** | $2,264.36 | ☑ $2,264.36<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Harry Hart Dental Corporation dba Hart Family Dental and Springwood Dental Group ("HHD"): Assets are misc. office furniture, 25 computers, 12 laptops, 6 printer/scanner/copiers, 14 dental chairs, 1 dental scanner, 1 crown machine, 6 Xray machines, misc. de**<br>Line from *Schedule A/B*: **19.1** | $0.00 | ☑ $8,725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |

Debtor 1    __Harry Allen Hart__                                    Case number (if known)    __6:20-bk-15288-SY__

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| FOR DISCLOSURE PURPOSES ============================= 100% of Debtor's present and future interest in and right to receive Social Security Benefits [See 42 U.S.C. § 407(a)- The right of any person to any future payment under this subchapter shall not b Line from *Schedule A/B*: 35.1 | $0.00 | ☐ _____ ■ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.080 |
| FOR DISCLOSURE PURPOSES ============================= 100% of Debtor's present and future interest in and right to receive Social Security Benefits [See 42 U.S.C. § 407(a)- The right of any person to any future payment under this subchapter shall not b Line from *Schedule A/B*: 35.1 | $0.00 | ☐ _____ ■ 100% of fair market value, up to any applicable statutory limit | 42 U.S.C. § 407 |
| FOR DISCLOSURE PURPOSES ============================= 100% of Debtor's present and future interest in and right to receive VA Disability Benefits 38 U.S.C. § 5301(a)(1)  (a)(1) - Payments of benefits due or to become due under any law administered by the Line from *Schedule A/B*: 35.2 | $0.00 | ☐ _____ ■ 100% of fair market value, up to any applicable statutory limit | 38 U.S.C. § 5301(a) |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☐  No

    ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ■  No

    ☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harry Allen Hart** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **6:20-bk-15288-SY** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1  Ascentium Capital, LLC**<br>Creditor's Name | Describe the property that secures the claim:<br><br>**Crown manchine owned by HHD<br>and included in #18 on Schedules<br>A/B** | $0.00 | $20,000.00 | $0.00 |

**23970 Highway 59 North
Kingwood, TX 77339**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Personal Guarantee for Lease of Crown Machine that Corp is Current on($9,943.74)**

Date debt was incurred   **09/2018**         Last 4 digits of account number   **4573**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   Harry Allen Hart

First Name    Middle Name    Last Name

Case number (if known)   6:20-bk-15288-SY

| 2.2 | Axos Bank | | $1,628,809.22 | $2,200,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

2363 Trafalgar Avenue Riverside, CA 92506  Riverside County Debtor's Residence: 5 bedroom/6 bath, approx. 16,000 sq. ft., built in 1999.
====================
LIQUIDATION ANALYSIS: Comparable value - $2,200,000.00 - Est. costs of sale (8%

Attn: Officer, Director or Managing Agent
4350 La Jolla Village Dr., Ste. 140
San Diego, CA 92121

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   1st TD

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred   **Opened 05/2014**

Last 4 digits of account number   9579

| 2.3 | Bankers Healthcare Group, LLC | | $0.00 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

Harry Hart Dental Corporation dba Hart Family Dental and Springwood Dental Group ("HHD"): Assets are misc. office furniture, 25 computers, 12 laptops, 6 printer/scanner/copiers, 14 dental chairs, 1 dental scanner, 1 crown machine, 6 Xray ma

4875 Volunteer Road
Fort Lauderdale, FL 33330

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   PG on HHD's Business Line of Credit ($48,867.08).  Corp is current on obligation

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred   04/2014

Last 4 digits of account number   9942

Debtor 1    Harry Allen Hart

First Name        Middle Name                Last Name

Case number (if known)    6:20-bk-15288-SY

| | | |
|---|---|---|

**2.4** | **California PET Packaging, Inc.** | | $0.00 | $0.00 | $0.00

Creditor's Name

**Describe the property that secures the claim:**

> Case No. CIVDS1103303 - Satisfied Judgment. Satisfaction of Judgment was recorded on 02/03/2014 but still appears on a title report for this property - Doc# 2014-0044639

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

■ Disputed

1205 Via Roma
Colton, CA 92324

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim relates to a community debt

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    Abstract of Judgment - Satisfied

Date debt was incurred    Recorded 02/07/2012    Last 4 digits of account number    4639

---

**2.5** | **ChoiceHealth Finance** | | $0.00 | Unknown | Unknown

Creditor's Name

**Describe the property that secures the claim:**

> Dental Scanner owned by HHD and included in #18 on Schedules A/B

1310 Madrid Street
Suite 101
Marshall, MN 56258-4002

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    PG on HHD's Dental Scanner Lease.  Corp is current on obligation. ($5,374.23)

Date debt was incurred    Last 4 digits of account number    4034

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Harry Allen Hart**
_____
    First Name        Middle Name        Last Name

Case number (if known)    **6:20-bk-15288-SY**

| 2.6 | **City National Bank** | Describe the property that secures the claim: | $148,374.00 | $2,200,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

2363 Trafalgar Avenue Riverside,
CA 92506  Riverside County
Debtor's Residence: 5 bedroom/6
bath, approx. 16,000 sq. ft., built in
1999.
====================
LIQUIDATION ANALYSIS:
Comparable value - $2,200,000.00 -
Est. costs of sale (8%

**Attn: Officer, Dirctor or
Managment Agent
555 S. Flower Street
Los Angeles, CA 90071**
_____
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that
apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **2nd TD**

Date debt was incurred    **Opened
09/2014**

Last 4 digits of account number    **0001**

---

| 2.7 | **Direct Capital** | Describe the property that secures the claim: | $0.00 | Unknown | Unknown |

Creditor's Name

Describe the property that secures the claim:

Harry Hart Dental Corporation dba
Hart Family Dental and Springwood
Dental Group ("HHD"): Assets are
misc. office furniture, 25 computers,
12 laptops, 6
printer/scanner/copiers, 14 dental
chairs, 1 dental scanner, 1 crown
machine, 6 Xray ma

**155 Commerce Way
Portsmouth, NH 03801**
_____
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that
apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **PG on HHD's Business Line of Credit/Lease.  Corp is
current on obligation.**

Date debt was incurred    **2016**

Last 4 digits of account number    **6000**

Debtor 1    **Harry Allen Hart**

First Name    Middle Name    Last Name

Case number (if known)    **6:20-bk-15288-SY**

---

| 2.8 | **Ensen Mason CPA CFA - Tax Collector** | | $0.00 | $730,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

> 56728 & 56734 29 Palms Highway Yucca Valley, CA 92284  San Bernardino County
> Commercial Property: 56728 29 Palms Hwy is a commercial building, approx. 3549 sq. ft., built in 1982.
> 56734 29 Palms Hwy is a small commercial building, consi

**County of San Bernanrdino
268 West Hospitality Lane
San Bernardino, CA
92415-0360**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    **Property Taxes**

Date debt was incurred    **2019-2020**    Last 4 digits of account number    **0000**

---

| 2.9 | **H. Muehlstein & Co., Inc.** | | $0.00 | $0.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

> Case No. BC557914 - Satisfied Judgment, Satisfaction of Judgment has not yet been recorded - Doc# 2015-0023479

**10 Westport Road, Suite 200
Wilton, CT 06897**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    **Abstract of Judgment - Satisfied**

Date debt was incurred    **Recorded 01/20/2015**    Last 4 digits of account number    **3479**

---

Debtor 1   **Harry Allen Hart**

First Name       Middle Name       Last Name

Case number (if known)   **6:20-bk-15288-SY**

---

| 2.10 | **Internal Revenue Service** | Describe the property that secures the claim: | $64,202.37 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA**
**19101-7346**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

> Federal Tax Lien - Doc# 2014-0283690

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Federal Tax Lien recorded in Riverside & San Bernardino County

Date debt was incurred   Recorded 07/29/2014       Last 4 digits of account number   3690

---

| 2.11 | **Jon Christensen** | Describe the property that secures the claim: | $12,964.88 | $2,200,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Treasurer-Tax Collector**
**4080 Lemon Street, 1st Floor**
**PO Box 12005**
**Riverside, CA 92502-2205**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

> 2363 Trafalgar Avenue Riverside, CA 92506  Riverside County Debtor's Residence: 5 bedroom/6 bath, approx. 16,000 sq. ft., built in 1999.
> ======================
> LIQUIDATION ANALYSIS:
> Comparable value - $2,200,000.00 - Est. costs of sale (8%

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Property Taxes**

Date debt was incurred   04/2020       Last 4 digits of account number   0039

---

Debtor 1    **Harry Allen Hart**

First Name        Middle Name        Last Name

Case number (if known)    **6:20-bk-15288-SY**

---

| 2.1 2 | **Jon Christensen** | | $0.00 | $450,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> 11523 Palm Drive Desert Hot Springs, CA 92240  Riverside County
> **Commercial Property: Approx. 2,150 sq. ft., built in 2006.  This property is also occupied and rented to Debtor's corporation as one of his dental offices.**
> ==================

**Treasurer - Tax Collector
4080 Lemon Street, 1st Floor
PO Box 12005
Riverside, CA 92502-2205**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Property Taxes**

Date debt was incurred    **2019-2020**        Last 4 digits of account number    **1020**

---

| 2.1 3 | **Jon Christensen** | | $3,829.02 | $150,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> APN: 935380005 Temecula, CA 92590  Riverside County
> **Vacant Land: 35.75 Acres**
> =====================
> **LIQUIDATION ANALYSIS:
> Comparable value - $150,000.00 -
> Est. costs of sale (10%) - $15,000.00,
> = FMV of Debtor's interest -
> $135,000.00 -**

**Treasurer - Tax Collector
4080 Lemon Street, 1st Floor
PO Box 12005
Riverside, CA 92502-2205**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Property Taxes**

Date debt was incurred    **2020**        Last 4 digits of account number    **0005**

---

Debtor 1    **Harry Allen Hart**

First Name    Middle Name    Last Name

Case number (if known)    **6:20-bk-15288-SY**

| 2.14 | | | | |
|---|---|---|---|---|

**Jonese Azevedo**

Creditor's Name

66777 Mission Lakes Boulevard
Desert Hot Springs, CA 92240

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Describe the property that secures the claim:**

Case No. INS1202544 - Satisfied Judgment. Satisfaction of Judgment has not yet been recorded - Doc# 2013-0440794

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Abstract of Judgment - Satisfied**

$0.00    $0.00    $0.00

Date debt was incurred    **Recorded 09/10/2013**    Last 4 digits of account number    **0794**

| 2.15 | | | | |
|---|---|---|---|---|

**Madison Co Treasurer Shelly Burke**

Creditor's Name

PO Box 247, 103 W. Wallace
Virginia City, MT 59755

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Describe the property that secures the claim:**

APN: 23006900 Virginia City, MT 59755 Madison County Vacant Lot: .21 Acres bare land
=======================
LIQUIDATION ANALYSIS:
Comparable value - $4,200.00 - Est. costs of sale (10%) - $420.00, = FMV of Debtor's interest - $3,780.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Property Taxes**

$0.00    $4,200.00    $0.00

Date debt was incurred    **11/2019**    Last 4 digits of account number    **6900**

Debtor 1  **Harry Allen Hart**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number (if known)　**6:20-bk-15288-SY**

| 2.16 | Mohave County Treasurer | | | $0.00 | $745,000.00 | $0.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **10795 S. Tangerine Drive Mohave Valley, AZ 86440  Mohave County Residential Property: 3 bedroom/3 bath, approx. 3098 sq. ft., built in 2001.**
> **====================**
> **LIQUIDATION ANALYSIS:**
> **Comparable value - $745,000.00 -**
> **Est. costs of sale (8**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 712**
**Kingman, AZ 86402**
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Property taxes are impounded in the 1st TD payments

Date debt was incurred  2019　　　　Last 4 digits of account number  9775

---

| 2.17 | Navitas Credit Corp. | | | $0.00 | Unknown | Unknown |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **Harry Hart Dental Corporation dba Hart Family Dental and Springwood Dental Group ("HHD"): Assets are misc. office furniture, 25 computers, 12 laptops, 6 printer/scanner/copiers, 14 dental chairs, 1 dental scanner, 1 crown machine, 6 Xray ma**

**As of the date you file, the claim is:** Check all that apply.

**201 Executive Center Drive**
**Suite 100**
**Columbia, SC 29210**
Number, Street, City, State & Zip Code

■ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   PG on HHD's Business Line of Credit/Lease.  Corp is current on obligation.

Date debt was incurred  2019　　　　Last 4 digits of account number  3281

---

Debtor 1    **Harry Allen Hart**

First Name    Middle Name    Last Name

Case number (if known)    **6:20-bk-15288-SY**

| 2.18 | **Osio International, Inc.** | | $234,655.95 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Case No. 30-2013-00682578-CU-BC-CJC - Judgment - Doc# 2016-0476279**

**2550 E. Cerritos Avenue Anaheim, CA 92806**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Abstract of Judgment**

**Recorded**

Date debt was incurred    **10/28/2016**    Last 4 digits of account number    **6279**

| 2.19 | **Pawnee Leasing Corporation** | | $19,121.87 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Case No. RIC1605776 Judgment - Doc# 2016-0569974**

**3801 Automation Way Suite 207 Fort Collins, CO 80525**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Abstract of Judgment**

**Recorded**

Date debt was incurred    **12/21/2016**    Last 4 digits of account number    **9974**

Debtor 1   **Harry Allen Hart**

First Name   Middle Name   Last Name

Case number (if known)   **6:20-bk-15288-SY**

| 2.20 | RG Financing | Describe the property that secures the claim: | $179,169.01 | $450,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

> 11523 Palm Drive Desert Hot Springs, CA 92240  Riverside County
> Commercial Property: Approx. 2,150 sq. ft., built in 2006.  This property is also occupied and rented to Debtor's corporation as one of his dental offices.
> ====================

PO Box 158
Verdugo City, CA 91046

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **1st TD**

Date debt was incurred   **03/2011**    Last 4 digits of account number   **CJLF**

| 2.21 | Shellpoint Mortgage Servicing | Describe the property that secures the claim: | $596,000.00 | $745,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

> 10795 S. Tangerine Drive Mohave Valley, AZ 86440  Mohave County
> Residential Property: 3 bedroom/3 bath, approx. 3098 sq. ft., built in 2001.
> ====================
> LIQUIDATION ANALYSIS:
> Comparable value - $745,000.00 - Est. costs of sale (8

Attn: Bankruptcy
PO Box 10826
Greenville, SC 29603

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **1st TD**

Date debt was incurred   **Opened 09/2018**    Last 4 digits of account number   **3796**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Harry Allen Hart**
First Name        Middle Name        Last Name

Case number (if known)    6:20-bk-15288-SY

| 2.2 2 | | | |
|---|---|---|---|

**State of California**
Creditor's Name

**Franchise Tax Board**
**Bankruptcy Section MS**
**A340**
**PO Box 2952**
**Sacramento, CA**
**95812-2952**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**State Tax Lien recorded in Riverside**
**& San Bernardino County - Doc#**
**2017-0294392**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$274,191.83        Unknown        Unknown

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **State Tax Lien**

Date debt was incurred    **Recorded 07/19/2017**        Last 4 digits of account number    **4392**

| 2.2 3 | | | |
|---|---|---|---|

**Tangerine Terrace POA**
Creditor's Name

Describe the property that secures the claim:

**10795 S. Tangerine Drive Mohave**
**Valley, AZ 86440  Mohave County**
**Residential Property: 3 bedroom/3**
**bath, approx. 3098 sq. ft., built in**
**2001.**
**====================**
**LIQUIDATION ANALYSIS:**
**Comparable value - $745,000.00 -**
**Est. costs of sale (8**

$0.00        $745,000.00        $0.00

**3900 Frontage Road,**
**Suite 1**
**Bullhead City, AZ 86442**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **POA  Dues**

Date debt was incurred    **07/2020**        Last 4 digits of account number    **Hart**

Debtor 1  **Harry Allen Hart**

First Name    Middle Name    Last Name

Case number (if known)  **6:20-bk-15288-SY**

| 2.2 4 | **Union Bank of California, N.A.** | | $279,901.98 | $730,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

> 56728 & 56734 29 Palms Highway Yucca Valley, CA 92284  San Bernardino County Commercial Property: 56728 29 Palms Hwy is a commercial building, approx. 3549 sq. ft., built in 1982.
> 56734 29 Palms Hwy is a small commercial building, consi

**Now dba MUFG Union Bank, NA
Attn: Agent for Service of Process
400 California Street
San Francisco, CA 94104**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)  **1st TD**

Date debt was incurred    Last 4 digits of account number  **1019**

---

| 2.2 5 | **Yanny & Smith, PC** | | $94,144.85 | Unknown | Unknown |

Creditor's Name

Describe the property that secures the claim:

> Case No. BS137503 Judgment - Doc# 2017-0129806

**1801 Century Park E.
Suite 2400
Los Angeles, CA 90067**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)  **Abstract of Judgment**

Date debt was incurred  **Recorded 03/31/2017**    Last 4 digits of account number  **9806**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $3,535,364.98 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $3,535,364.98 |

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Debtor 1   __Harry Allen Hart__
First Name       Middle Name          Last Name

Case number (if known)   __6:20-bk-15288-SY__

| | |
|---|---|
| ☐ Name, Number, Street, City, State & Zip Code<br>**Ascentium Capital**<br>**PO Box 301593**<br>**Dallas, TX 75303-1593** | On which line in Part 1 did you enter the creditor? __2.1__<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**CIT Bank, N.A.**<br>**Attn: Officer, Director or**<br>**Managing Agent**<br>**888 East Walnut Street**<br>**Pasadena, CA 91101** | On which line in Part 1 did you enter the creditor? __2.7__<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**CIT Bank, N.A.**<br>**c/o C T Corporation System**<br>**Agent for Service of Process**<br>**818 West Seventh Street, Suite 930**<br>**Los Angeles, CA 90017** | On which line in Part 1 did you enter the creditor? __2.7__<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**CIT Bank, N.A.**<br>**1 CIT Drive**<br>**Livingston, NJ 07039** | On which line in Part 1 did you enter the creditor? __2.7__<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**City National Bank**<br>**Gate Way Air**<br>**Wilmington, DE 19801** | On which line in Part 1 did you enter the creditor? __2.6__<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**City National Bank**<br>**PO Box 60938**<br>**Los Angeles, CA 90060** | On which line in Part 1 did you enter the creditor? __2.6__<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**Daniel J. Bramzon, Esq.**<br>**2500 Wilshire Boulevard**<br>**Suite 500**<br>**Los Angeles, CA 90057** | On which line in Part 1 did you enter the creditor? __2.25__<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**Daniel J. Bramzon, Esq.**<br>**1545 Wilshire Boulevard**<br>**Suite 600**<br>**Los Angeles, CA 90057** | On which line in Part 1 did you enter the creditor? __2.25__<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**Ferns Adams & Associates**<br>**2815 Mitchell Drive, #210**<br>**Walnut Creek, CA 94598** | On which line in Part 1 did you enter the creditor? __2.19__<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**JL Financing, LLC**<br>**2804 Honolulu Avenue**<br>**PO Box 158**<br>**Verdugo City, CA 91046-0158** | On which line in Part 1 did you enter the creditor? __2.20__<br><br>Last 4 digits of account number ___ |

Official Form 106D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 14 of 15

Debtor 1    __Harry___ __Allen___ __Hart___
     First Name       Middle Name       Last Name

Case number (if known)    __6:20-bk-15288-SY__

---

☐   Name, Number, Street, City, State & Zip Code
**Joseph A. Yanny, Esq.**
**1801 Century Park E**
**Suite 2400**
**Los Angeles, CA 90067**

On which line in Part 1 did you enter the creditor?  __2.25__

Last 4 digits of account number ___

---

☐   Name, Number, Street, City, State & Zip Code
**Kevin Paul Hermansen**
**1545 Wilshire Boulevard**
**Suite 1600**
**Los Angeles, CA 90017**

On which line in Part 1 did you enter the creditor?  __2.25__

Last 4 digits of account number ___

---

☐   Name, Number, Street, City, State & Zip Code
**Law Office of Katherine Kane**
**1009 Wilshire Boulevard**
**Suite 220**
**Santa Monica, CA 90401**

On which line in Part 1 did you enter the creditor?  __2.19__

Last 4 digits of account number ___

---

☐   Name, Number, Street, City, State & Zip Code
**Law Offices of Martin F. Goldman**
**15910 Ventura Boulevard**
**Suite 1525**
**Encino, CA 91436**

On which line in Part 1 did you enter the creditor?  __2.9__

Last 4 digits of account number ___

---

☐   Name, Number, Street, City, State & Zip Code
**Patrick Ragan**
**1881 Business Centre Drive**
**Suite 7B**
**San Bernardino, CA 92408**

On which line in Part 1 did you enter the creditor?  __2.4__

Last 4 digits of account number ___

---

☐   Name, Number, Street, City, State & Zip Code
**Pawnee Leasing Corporation**
**700 Centre Avenue**
**Fort Collins, CO 80526**

On which line in Part 1 did you enter the creditor?  __2.19__

Last 4 digits of account number ___

---

☐   Name, Number, Street, City, State & Zip Code
**Shellpoint Mortgage Servicing**
**Attn: Officer, Director or**
**Managing Agent**
**55 Beattie Place**
**Greenville, SC 29601**

On which line in Part 1 did you enter the creditor?  __2.21__

Last 4 digits of account number ___

---

☐   Name, Number, Street, City, State & Zip Code
**Stern & Goldberg**
**Attn: Alan N. Goldberg**
**6345 Balboa Boulevard**
**Suite 200**
**Encino, CA 91316**

On which line in Part 1 did you enter the creditor?  __2.18__

Last 4 digits of account number ___

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | **Harry Allen Hart** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number   **6:20-bk-15288-SY**
(If known)

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **California Department of Tax and** | | | |
| | Priority Creditor's Name | | | |
| | **Fee Administration** | Last 4 digits of account number  **8911**    $0.00   $0.00   $0.00 | | |
| | **Special Ops, MIC:55** | | | |
| | **PO Box 942879** | When was the debt incurred? _____ | | |
| | **Sacramento, CA 94279-0055** | | | |
| | Number Street City State Zip Code | | | |

| **Who incurred the debt? Check one.** | **As of the date you file, the claim is: Check all that apply** |
|---|---|
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | **Type of PRIORITY unsecured claim:** |
| | ☐ Domestic support obligations |
| ☐ Check if this claim is for a  community debt | ■ Taxes and certain other debts you owe the government |
| **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated |
| ■ No | ☐ Other. Specify _____ |
| ☐ Yes | **Notice only - Listed in caution, no known debt** |

---

Debtor 1  Harry Allen Hart _____    Case number (if known)  6:20-bk-15288-SY

---

| 2.2 | **Employment Development Department** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Bankruptcy Group MIC92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice only - Listed in caution, no known debt**

---

| 2.3 | **Ensen Mason CPA CFA - Tax Collector** | Last 4 digits of account number  L015 | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**County of San Bernanrdino**
**268 West Hospitality Lane**
**San Bernardino, CA 92415-0360**
Number Street City State Zip Code

When was the debt incurred?  07/2020

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Unsecured property taxes for equipment located at 56728 29 Palms Highway, Yucca Valley, CA 92284 owed by HHD ($1,068.59)**

---

| 2.4 | **Ensen Mason CPA CFA - Tax Collector** | Last 4 digits of account number  P000 | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**County of San Bernanrdino**
**268 West Hospitality Lane**
**San Bernardino, CA 92415-0360**
Number Street City State Zip Code

When was the debt incurred?  07/2020

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Unsecured property taxes for equipment located at 56728 29 Palms Highway, Yucca Valley, CA 92284 owed by HHD ($739.742)**

---

Debtor 1   **Harry Allen Hart**                                          Case number (if known)   **6:20-bk-15288-SY**

---

**2.5**

| | | | | |
|---|---|---|---|---|
| **Internal Revenue Service** | | $628,247.39 | $0.00 | $628,247.39 |

Priority Creditor's Name
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

Last 4 digits of account number   **2085**

When was the debt incurred?   **12/2012**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt   ☐ Domestic support obligations

**Is the claim subject to offset?**              ■ Taxes and certain other debts you owe the government

■ No                               ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                              ☐ Other. Specify

**2012 Income Taxes**

---

**2.6**

| | | | | |
|---|---|---|---|---|
| **Internal Revenue Service** | | $289,335.31 | $0.00 | $289,335.31 |

Priority Creditor's Name
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

Last 4 digits of account number   **2085**

When was the debt incurred?   **12/2011**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ■ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt   ☐ Domestic support obligations

**Is the claim subject to offset?**              ■ Taxes and certain other debts you owe the government

■ No                               ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                              ☐ Other. Specify

**2011 Income Taxes**

---

**2.7**

| | | | | |
|---|---|---|---|---|
| **Jon Christensen** | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Treasurer - Tax Collector**
**4080 Lemon Street, 1st Floor**
**PO Box 12005**
**Riverside, CA 92502-2205**
Number Street City State Zip Code

Last 4 digits of account number   **4024**

When was the debt incurred?   **07/2020**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ■ Disputed
■ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt   ☐ Domestic support obligations

**Is the claim subject to offset?**              ■ Taxes and certain other debts you owe the government

■ No                               ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                              ☐ Other. Specify

**Unsecured property taxes for HHD's equipment**
**located at 11523 Palm Drive, Desert Hot Springs,**
**CA  92240 ($894.16)**

---

Debtor 1    Harry Allen Hart

Case number (if known)    6:20-bk-15288-SY

---

| 2.8 | Jon Christensen | Last 4 digits of account number | 1074 | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Treasurer - Tax Collector**
**4080 Lemon Street, 1st Floor**
**PO Box 12005**
**Riverside, CA 92502-2205**
Number Street City State Zip Code

When was the debt incurred?    07/2020

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify   **Unsecured property taxes for HHD's equipment located at 11523 Palm Drive, Desert Hot Springs, CA 92240 ($1,862.90)**

---

| 2.9 | State of California | Last 4 digits of account number | 2085 | $9,598.00 | $9,598.00 | $0.00 |

Priority Creditor's Name
**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred?    12/2019

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify   **2019 Personal Income Taxes**

---

| 2.10 | State of California | Last 4 digits of account number | 8911 | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred?    2018

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify   **2018 Business Income Taxes for HHD ($4,486.00)**

---

Debtor 1    Harry Allen Hart                                          Case number (if known)    6:20-bk-15288-SY

| 2.1 1 | State of California | Last 4 digits of account number | 2085 | $5,929.00 | $5,929.00 | $0.00 |

**State of California**
Priority Creditor's Name
**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    2085

When was the debt incurred?    12/2018

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify    **2018 Personal Income Taxes**

---

| 2.1 2 | State of California | Last 4 digits of account number | 2085 | $7,377.00 | $0.00 | $7,377.00 |

**State of California**
Priority Creditor's Name
**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    2085

When was the debt incurred?    12/2012

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify    **2012 Personal Income Taxes**

---

| 2.1 3 | State of California | Last 4 digits of account number | 8911 | $0.00 | $0.00 | $0.00 |

**State of California**
Priority Creditor's Name
**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    8911

When was the debt incurred?    2019

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify    **2019 Business Income Taxes owwed by HHD**
**($8,977.00)**

---

Debtor 1    Harry Allen Hart

Case number (if known)    6:20-bk-15288-SY

| 2.1 4 | | | | | |
|---|---|---|---|---|---|

**State of California**
Priority Creditor's Name
**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    8911        $0.00        $0.00        $0.00

When was the debt incurred?    2020

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of PRIORITY unsecured claim:
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify
            **2020 Business Income Taxes owed by HHD**
            **($800.00)**

---

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

3.  Do any creditors have nonpriority unsecured claims against you?
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority
unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more
than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of
Part 2.

Total claim

| 4.1 | | |
|---|---|---|

**Bank of America, N.A.**
Nonpriority Creditor's Name
**Attn: Officer, Director or**
**Managing Agent**
**100 North Tryon Street**
**Charlotte, NC 28202**
Number Street City State Zip Code
Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community
debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    646                $0.00

When was the debt incurred?    **Opened 06/2010  Last Active**
                **2/2011**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card - Creditor was listed on**
            **Debtor's credit report - Listed in caution**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Harry Allen Hart** _____   Case number (if known)   **6:20-bk-15288-SY**

---

| 4.2 | **Betty Smith Clark** | Last 4 digits of account number | **8446** | **$0.00** |

Nonpriority Creditor's Name
**c/o Ross Wersching & Wolcott, LLP**
**3151 Airway Avenue, Suite S-1**
**Costa Mesa, CA 92626**
Number Street City State Zip Code

When was the debt incurred?   **2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Listed in Caution**

---

| 4.3 | **California Custom Bottles, Inc.** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**2363 Trafalgar Avenue**
**Riverside, CA 92506**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Listed in caution**

---

| 4.4 | **Dental Board of California** | Last 4 digits of account number | **1884** | **$5,000.00** |

Nonpriority Creditor's Name
**2005 Evergreen Street**
**Suite 1550**
**Sacramento, CA 95815**
Number Street City State Zip Code

When was the debt incurred?   **2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1   **Harry Allen Hart**

Case number (if known)   **6:20-bk-15288-SY**

---

| 4.5 | **Eric Stoppenhagen** | Last 4 digits of account number | **5139** | **$362,727.28** |

Nonpriority Creditor's Name
**2085 E. Liberty Street**
**Round Rock, TX 78664**
Number Street City State Zip Code

When was the debt incurred?   **2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Lawsuit**

---

| 4.6 | **Farmers Insurance Exchange** | Last 4 digits of account number | **7649** | **$7,807.50** |

Nonpriority Creditor's Name
**c/o Alan D. Wilner, APC**
**847 No. Hollywood Way, Suite 201**
**Burbank, CA 91505-2826**
Number Street City State Zip Code

When was the debt incurred?   **2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Lawsuit**

---

| 4.7 | **Harry Hart Dental Corporation** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**56728 29 Palms Highway**
**Yucca Valley, CA 92284**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Listed in caution**

---

Debtor 1   **Harry Allen Hart**                                                                    Case number (if known)    **6:20-bk-15288-SY**

---

| 4.8 | **Hibu Inc.** | Last 4 digits of account number   **6674** | **$15,630.50** |

Nonpriority Creditor's Name
601 108th Avenue NE
Suite 1810
Bellevue, WA 98004
Number Street City State Zip Code

When was the debt incurred?   **2013**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Judgment**

---

| 4.9 | **JPMorgan Chase Bank, N.A.*** | Last 4 digits of account number   **8937** | **$89,274.48** |

Nonpriority Creditor's Name
Attn: Officer, Director or Managing Agent
1111 Polaris Parkway
Columbus, OH 43240
Number Street City State Zip Code

When was the debt incurred?   **01/2019**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Credit Card**

---

| 4.10 | **JPMorgan Chase Bank, N.A.*** | Last 4 digits of account number   **3844** | **$20,109.20** |

Nonpriority Creditor's Name
Attn: Officer, Director or Managing Agent
1111 Polaris Parkway
Columbus, OH 43240
Number Street City State Zip Code

When was the debt incurred?   **01/2020**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Credit Card**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1   **Harry Allen Hart**

Case number (if known)   **6:20-bk-15288-SY**

---

| 4.1<br>1 | **Lindsay Hawkins** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**49645 Magnolia Drive**
**Morongo Valley, CA 92256**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Listed in Caution Only**

---

| 4.1<br>2 | **Roger Randazzo** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**809 Park Hill Avenue**
**Bullhead City, AZ 86429**
Number Street City State Zip Code

**When was the debt incurred?**   **08/2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal Loan - Barred by statute of limitations**

---

| 4.1<br>3 | **SoCal Bottling, Inc.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**2363 Trafalgar Avenue**
**Riverside, CA 92506**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Listed in caution**

---

Debtor 1   **Harry Allen Hart**                                            Case number (if known)   **6:20-bk-15288-SY**

| 4.14 | **Wells Fargo Bank, N.A.** | Last 4 digits of account number   **6847** | **$1,312,304.54** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Officer, Director or**
**Managing Agent**
**101 North Phillips Avenue**
**Sioux Falls, SD 57104**
Number Street City State Zip Code

When was the debt incurred?   **2012**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Lawsuit Case No.**
**RIC1616847**

| 4.15 | **Wells Fargo Bank, N.A.** | Last 4 digits of account number   **2511** | **$1,080,875.70** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Officer, Director or**
**Managing Agent**
**101 North Phillips Avenue**
**Sioux Falls, SD 57104**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Lawsuit Case No.**
**RIC1902511**

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Alan D. Wilner, APC**
**847 No. Hollywood Way, Suite 201**
**Burbank, CA 91505-2826**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Bank of America, N.A.**
**PO Box 982238**
**El Paso, TX 79998**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Bank of America, N.A.**
**Attn: Officer, Director or**
**Managing Officer**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Debtor 1  **Harry Allen Hart**                                         Case number *(if known)*     **6:20-bk-15288-SY**

PO Box 15047
Wilmington, DE 19850-5047

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America, N.A.**<br>**Attn: Officer, Director or**<br>**Managing Officer**<br>**PO Box 5170, Unit CA6-919-01-41**<br>**Simi Valley, CA 93062** | Line **4.1** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America, N.A.**<br>**Attn: Officer, Director or**<br>**Managing Officer**<br>**150 N. College St., NC1-028-17-06**<br>**Charlotte, NC 28255** | Line **4.1** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America, N.A.**<br>**c/o C T Corporation System**<br>**Agent for Service of Process**<br>**818 West Seventh Street, Suite 930**<br>**Los Angeles, CA 90017** | Line **4.1** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **First American Title Company**<br>**Attn: Officer, Director or MGA**<br>**11 First American Way**<br>**Santa Ana, CA 92707** | Line **4.12** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **First American Title Company**<br>**Attn: CSC - Lawyers Inc. Services**<br>**2710 Gateway Oaks Drive**<br>**Suite 150N**<br>**Sacramento, CA 95833** | Line **4.12** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **First American Title Insurance Co**<br>**Attn: Officer, Director & MGA**<br>**1 First American Way**<br>**Santa Ana, CA 92707** | Line **4.12** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **First American Title Insurance Co**<br>**Attn: CSC - Lawyers Inc. Service**<br>**2710 Gateway Oaks Drive**<br>**Suite 150N**<br>**Sacramento, CA 95833** | Line **4.12** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Gardener & Riechmann, Inc.**<br>**1806 No. Broadway, Suite A**<br>**Santa Ana, CA 92706** | Line **4.8** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Gregory J. Salute**<br>**Supervising Deputy Attorney**<br>**General**<br>**600 West Broadway, Suite 1800** | Line **4.4** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  **Harry Allen Hart**

Case number (if known)  **6:20-bk-15288-SY**

San Diego, CA 92101

Last 4 digits of account number

---

Name and Address
**Gresham Savage Nolan & Tilden**
**3403 Tenth Street, Suite 700**
**Riverside, CA 92501-3641**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Hemar, Rousso & Heald, LLP**
**15910 Ventura Boulevard**
**12th Floor**
**Encino, CA 91436**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Hemar, Rousso & Heald, LLP**
**15910 Ventura Boulevard**
**12th Floor**
**Encino, CA 91436**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**JPMorgan Chase Bank, N.A.**
**c/o C T Corporation System**
**Agent for Service of Process**
**818 West Seventh Street, 2nd Floor**
**Los Angeles, CA 90017**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**JPMorgan Chase Bank, N.A.**
**c/o C T Corporation System**
**Agent for Service of Process**
**818 West Seventh Street, 2nd Floor**
**Los Angeles, CA 90017**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Molly E. Selway**
**Deputy Attorney General**
**600 West Broadway, Suite 1800**
**San Diego, CA 92101**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Ross Wersching & Wolcott, LLP**
**3151 Airway Avenue, Suite S-1**
**Costa Mesa, CA 92626**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **8446**

---

Name and Address
**Stream Kim Hicks Wrage & Alfaro**
**PC**
**3403 10th Street**
**Suite 700**
**Riverside, CA 92501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Wells Fargo Bank, N.A.**
**c/o CSC - Lawyers Inc. Service**
**Agent for Service of Process**
**251 Little Falls Drive**
**Wilmington, DE 19808**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Debtor 1   **Harry Allen Hart** _____     Case number (if known)   **6:20-bk-15288-SY**

| | |
|---|---|
| **Wells Fargo Bank, N.A.** <br> **c/o CSC - Lawyers Inc. Service** <br> **Agent for Service of Process** <br> **251 Little Falls Drive** <br> **Wilmington, DE 19808** | Line **4.15** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number _____ |
| Name and Address <br> **Xavier Becerra** <br> **Attorney General of California** <br> **600 West Broadway, Suite 1800** <br> **San Diego, CA 92101** | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line **4.4** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number _____ |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. $ | 940,486.70 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. $ | 940,486.70 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 2,893,729.20 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. $ | 2,893,729.20 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Harry Allen Hart** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **6:20-bk-15288-SY** |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Ascentium Capital, LLC<br>23970 Highway 59 North<br>Kingwood, TX 77339 | **Crown Machine Lease Agreement** |
| 2.2 | ChoiceHealth Finance<br>1310 Madrid Street<br>Suite 101<br>Marshall, MN 56258-4002 | **Dental Scanner Lease Agreement** |
| 2.3 | Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801 | **Business Line of Credit/"Lease Agreement"** |
| 2.4 | Navitas Credit Corp.<br>201 Executive Center Drive<br>Suite 100<br>Columbia, SC 29210 | **Business Line of Credit/"Lease Agreement"** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harry Allen Hart** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **6:20-bk-15288-SY** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.1 **California Custom Bottle, Inc.**<br>**2363 Trafalgar Aveneu**<br>**Riverside, CA 92506** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Eric Stoppenhagen** |
| 3.2 **California Custom Bottle, Inc.**<br>**2363 Trafalgar Aveneu**<br>**Riverside, CA 92506** | ■ Schedule D, line __2.19__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Pawnee Leasing Corporation** |
| 3.3 **California Custom Bottle, Inc.**<br>**2363 Trafalgar Aveneu**<br>**Riverside, CA 92506** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Wells Fargo Bank, N.A.** |

Debtor 1    **Harry Allen Hart**                                                    Case number (if known)    **6:20-bk-15288-SY**

| | | |
|---|---|---|
| ■ **Additional Page to List More Codebtors** | | |
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.4 | **California Custom Bottle, Inc.**<br>2363 Trafalgar Aveneu<br>Riverside, CA 92506 | ■ Schedule D, line ___2.18___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Osio International, Inc.** |
| 3.5 | **California Custom Bottle, Inc.**<br>2363 Trafalgar Aveneu<br>Riverside, CA 92506 | ■ Schedule D, line ___2.4___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**California PET Packaging, Inc.** |
| 3.6 | **Harry Hart Dental Corporation**<br>56728 29 Palms Highway<br>Yucca Valley, CA 92284 | ■ Schedule D, line ___2.24___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Union Bank of California, N.A.** |
| 3.7 | **Harry Hart Dental Corporation**<br>56728 29 Palms Highway<br>Yucca Valley, CA 92284 | ■ Schedule D, line ___2.20___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**RG Financing** |
| 3.8 | Harry Hart Dental Corporation<br>56728 29 Palms Highway<br>Yucca Valley, CA 92284 | ■ Schedule D, line ___2.8___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Ensen Mason CPA CFA - Tax Collector** |
| 3.9 | Harry Hart Dental Corporation<br>56728 29 Palms Highway<br>Yucca Valley, CA 92284 | ■ Schedule D, line ___2.12___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Jon Christensen** |
| 3.10 | Harry Hart Dental Corporation<br>56728 29 Palms Highway<br>Yucca Valley, CA 92284 | ■ Schedule D, line ___2.25___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Yanny & Smith, PC** |
| 3.11 | Harry Hart Dental Corporation<br>56728 29 Palms Highway<br>Yucca Valley, CA 92284 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>**Dental Board of California** |

Debtor 1   **Harry Allen Hart**                                          Case number *(if known)*   **6:20-bk-15288-SY**

---

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.12   **Harry Hart Dental Corporation**
56728 29 Palms Highway
Yucca Valley, CA 92284

☐ Schedule D, line _____
■ Schedule E/F, line __4.15__
☐ Schedule G _____
**Wells Fargo Bank, N.A.**

---

3.13   **Harry Hart Dental Corporation**
56728 29 Palms Highway
Yucca Valley, CA 92284

☐ Schedule D, line _____
■ Schedule E/F, line __4.8__
☐ Schedule G _____
**Hibu Inc.**

---

3.14   **Harry Hart Dental Corporation**
56728 29 Palms Highway
Yucca Valley, CA 92284

■ Schedule D, line __2.17__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Navitas Credit Corp.**

---

3.15   **Harry Hart Dental Corporation**
56728 29 Palms Highway
Yucca Valley, CA 92284

■ Schedule D, line __2.7__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Direct Capital**

---

3.16   **Harry Hart Dental Corporation**
56728 29 Palms Highway
Yucca Valley, CA 92284

■ Schedule D, line __2.5__
☐ Schedule E/F, line _____
☐ Schedule G _____
**ChoiceHealth Finance**

---

3.17   **Harry Hart Dental Corporation**
56728 29 Palms Highway
Yucca Valley, CA 92284

■ Schedule D, line __2.1__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Ascentium Capital, LLC**

---

3.18   **Harry Hart Dental Corporation**
56728 29 Palms Highway
Yucca Valley, CA 92284

☐ Schedule D, line _____
■ Schedule E/F, line __4.9__
☐ Schedule G _____
**JPMorgan Chase Bank, N.A.***

---

3.19   **Harry Hart Dental Corporation**
56728 29 Palms Highway
Yucca Valley, CA 92284

☐ Schedule D, line _____
■ Schedule E/F, line __4.10__
☐ Schedule G _____
**JPMorgan Chase Bank, N.A.***

---

Debtor 1    **Harry Allen Hart**                                    Case number (if known)    **6:20-bk-15288-SY**

---

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | |
|---|---|
| 3.20    **Harry Hart Dental Corporation**<br>56728 29 Palms Highway<br>Yucca Valley, CA 92284 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.10___<br>☐ Schedule G _____<br>**State of California** |
| 3.21    **Harry Hart Dental Corporation**<br>56728 29 Palms Highway<br>Yucca Valley, CA 92284 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.13___<br>☐ Schedule G _____<br>**State of California** |
| 3.22    **Harry Hart Dental Corporation**<br>56728 29 Palms Highway<br>Yucca Valley, CA 92284 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.1___<br>☐ Schedule G _____<br>**California Department of Tax and** |
| 3.23    **Harry Hart Dental Corporation**<br>56728 29 Palms Highway<br>Yucca Valley, CA 92284 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.7___<br>☐ Schedule G _____<br>**Jon Christensen** |
| 3.24    **Harry Hart Dental Corporation**<br>56728 29 Palms Highway<br>Yucca Valley, CA 92284 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.8___<br>☐ Schedule G _____<br>**Jon Christensen** |
| 3.25    **Harry Hart Dental Corporation**<br>56728 29 Palms Highway<br>Yucca Valley, CA 92284 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.3___<br>☐ Schedule G _____<br>**Ensen Mason CPA CFA - Tax Collector** |
| 3.26    **Harry Hart Dental Corporation**<br>56728 29 Palms Highway<br>Yucca Valley, CA 92284 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.4___<br>☐ Schedule G _____<br>**Ensen Mason CPA CFA - Tax Collector** |
| 3.27    **Harry Hart Dental Corporation**<br>56728 29 Palms Highway<br>Yucca Valley, CA 92284 | ■ Schedule D, line ___2.3___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bankers Healthcare Group, LLC** |

Debtor 1    **Harry Allen Hart**                                      Case number *(if known)*    **6:20-bk-15288-SY**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
| --- | --- |
| 3.28    **Harry Hart Dental Corporation** 56728 29 Palms Highway Yucca Valley, CA 92284 | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.14__ ☐ Schedule G _____ **State of California** |

**Fill in this information to identify your case:**

Debtor 1    **Harry Allen Hart**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    **6:20-bk-15288-SY**
(if known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | **Dentist** |  |
| Employer's name | **Hart Family Dental Corporation ("HHD")** |  |
| Employer's address | **11523 Palm Drive<br>Desert Hot Springs, CA 92240** |  |
| How long employed there? | **Since 1982** |  |

**Part 2:    Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.    $    6,500.00 | $    N/A |
| 3. | Estimate and list monthly overtime pay. | 3.    +$    0.00 | +$    N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.    $    6,500.00 | $    N/A |

Debtor 1   __Harry Allen Hart_____     Case number (*if known*)   __6:20-bk-15288-SY__

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here .......................................................... | 4. | $ 6,500.00 | $ N/A |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 1,770.00 | $ N/A |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| | 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| | 5e. Insurance | 5e. | $ 0.00 | $ N/A |
| | 5f. Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| | 5g. Union dues | 5g. | $ 0.00 | $ N/A |
| | 5h. Other deductions. Specify: _____ | 5h.+ | $ 0.00 | + $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 1,770.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 4,730.00 | $ N/A |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| | 8b. Interest and dividends | 8b. | $ 32,609.78 | $ N/A |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d. Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| | 8e. Social Security | 8e. | $ 0.00 | $ N/A |
| | 8f. Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____ | 8f. | $ 0.00 | $ N/A |
| | 8g. Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| | 8h. Other monthly income. Specify: _____ | 8h.+ | $ 0.00 | + $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 32,609.78 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 37,339.78 + $ N/A | = $ 37,339.78 |
| 11. | State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____ | 11. | + $ 0.00 | |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ 37,339.78
Combined monthly income | |

13. Do you expect an increase or decrease within the year after you file this form?

■ No.

☐ Yes. Explain:

> a) Debtor receives social security benefits in the amount of $2,354.00/mo which is disclosed but is excluded as income in accordance with 42 USC §407(a) and (b). Debtor also receives VA benefits in the amount of $1,131.68/mo which is also disclosed but excluded as disposable income.
>
> b) Debtor's corporate business income from HHD varies from month to month. The amount listed for interest and dividends income on line 8(b) is an average of January 2020 through July 2020. Similarly, debtor's gross wages and tax deductions are an average of January 2020 through July 2020 and vary based on corp income.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Harry Allen Hart** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | **6:20-bk-15288-SY** |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?   ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?   ■ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

   4. $ 9,674.00

   If not included in line 4:

   | | | |
   |---|---|---|
   | 4a. | Real estate taxes | 4a. $ 1,959.00 |
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ 1,094.00 |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 350.00 |
   | 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

5. **Additional mortgage payments for your residence,** such as home equity loans

   5. $ 750.00

Debtor 1    **Harry Allen Hart**                                        Case number (if known)    **6:20-bk-15288-SY**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 1,100.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 430.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 85.00 |
| 10. | **Personal care products and services** | | 10. $ | 43.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 114.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 128.00 |
| | 15d. | Other insurance. Specify:    **Motorcycle Insurance** | 15d. $ | 25.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:    **Estimated income taxes owed on S Corp income (Est. at 25%)** | | 16. $ | 8,152.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 4,822.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 100.00 |
| 21. | **Other: Specify:    Miscellaneous Necessary Expenses** | | 21. +$ | 157.00 |
| | **Storage Unit** | | +$ | 100.00 |
| | **Rent for Morongo Valley rental during work days** | | +$ | 1,000.00 |
| | **Temecula Property Taxes** | | +$ | 561.00 |
| | **Montana Property Taxes** | | +$ | 7.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 31,051.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 31,051.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | 37,339.78 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 31,051.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | 6,288.78 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: -Debtor is 72 years old and cannot physically commute back and forth to Riverside, 4 times a week anymore, so he pays a portion of debtor's daughter's home expenses in Morongo Valley, close to his offices, and stays there approx. 3 to 4 nights a week and then goes back to his Riverside residence.

-The amounts listed on lines 4 & 5 are expenses associated with Debtor's residence in Riverside.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Harry Allen Hart** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **6:20-bk-15288-SY** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | |
|---|---|
| | **Sign Below** |

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____
**Harry Allen Hart**                          Signature of Debtor 2
Signature of Debtor 1

Date ____ AUG 1 6 2020 ____           Date _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Harry Allen Hart** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **6:20-bk-15288-SY** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy            4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

☐ Married
■ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $24,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1     Harry Allen Hart                                                      Case number *(if known)*   6:20-bk-15288-SY

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐   No
■   Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until<br>the date you filed for bankruptcy: | S Corp K1 Income<br>from HHD (Estimated<br>through 07/31/2020 | $228,268.46 | | |
| | Gross Rental Income | $56,000.00 | | |
| | Social Security<br>Benefits (Excluded as<br>Income-Listed for<br>Disclosure Only) | $16,478.00 | | |
| | VA Benefits<br>(Excluded as<br>Income-Listed for<br>Disclosure Only) | $7,921.76 | | |
| For last calendar year:<br>(January 1 to December 31, 2019 ) | S Corp K1 Income<br>from HHD | $517,393.00 | | |
| | Gross Rental Income | $96,000.00 | | |
| | Social Security<br>Benefits (Excluded as<br>Income-Listed for<br>Disclosure Only) | $27,804.00 | | |
| | VA Benefits<br>(Excluded as<br>Income-Listed for<br>Disclosure Only) | $13,580.16 | | |
| For the calendar year before that:<br>(January 1 to December 31, 2018 ) | S Corp K1 Income<br>from HHD | $286,912.00 | | |
| | Gross Rental Income | $96,000.00 | | |
| | Social Security<br>Benefits (Excluded as<br>Income-Listed for<br>Disclosure Only) | $27,036.00 | | |

Debtor 1    Harry Allen Hart                                    Case number *(if known)*    6:20-bk-15288-SY

| Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|
| VA Benefits (Excluded as Income-Listed for Disclosure Only) | $13,580.16 | | |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

      During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

      ■ No.    Go to line 7.
      ☐ Yes.   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
      * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
      During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

      ☐ No.    Go to line 7.
      ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

Debtor 1    Harry Allen Hart

Case number *(if known)*    6:20-bk-15288-SY

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| HARRY ALLAN HART<br>DBC2018-84 | Admin. Complaint | Dental Board of California<br>2005 Evergreen Street<br>Suite 1550<br>Sacramento, CA 95815 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Stipulated Settlement** |
| Eric Stoppenhagen<br>vs.<br>California Custom Bottles, Inc.,<br>Harry A. Hart, Wells Fargo Bank,<br>N.A. and Fischer Autction<br>Company, Inc.<br>RIC1715139 | Complaint for<br>Breach of<br>Promissory Note | Superior Court of California<br>County of Riverside<br>4050 Main Street<br>Riverside, CA 92501 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Farmers Insurance Exchange<br>vs.<br>California Custom Bottles, Inc.<br>RIC1827649 | Complaint for<br>Money Owed | Superior Court of California<br>County of Riverside<br>4050 Main Street<br>Riverside, CA 92501 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Pawnee Leasing Corporation<br>vs.<br>California Custom Bottles, Inc. and<br>Harry A. Hart<br>PSC1605776 | Complaint for<br>Breach of<br>Contract, Breach<br>of Personal<br>Guaranty, and<br>Claim and<br>Delivery | Superior Court of California<br>County of Riverside<br>4050 Main Street<br>Riverside, CA 92501 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Default Judgment Entered<br>11/23/2016** |
| Wells Fargo Bank, N.A.<br>vs.<br>California Custom Bottles, Inc.,<br>Harry A. Hart, and Betty Smith<br>Clark, Trustee of Trust B of the<br>Clark Family Trust dated April 26,<br>1993<br>RIC1616847 | Complaint for<br>Foreclosure of<br>Security<br>Agreement and<br>Possession of<br>Collateral | Superior Court of California<br>County of Riverside<br>4050 Main Street<br>Riverside, CA 92501 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Wells Fargo Bank, N.A.<br>vs.<br>Harry Hart Dental Corporation and<br>Harry A. Hart<br>RIC1902511 | Creditor's lawsuit<br>related to<br>RIC1616847 | Superior Court of California<br>County of Riverside<br>4050 Main Street<br>Riverside, CA 92501 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Harry Hart & California Custom<br>Bottles, Inc.<br>vs.<br>Raymond Dolen, Myron Wayne<br>Tucker, and Dolen, Tucker, Popka,<br>& Abrahma, Inc.<br>RIC1904260 | Complaint for<br>Breach of<br>Contract | Superior Court of California<br>County of Riverside<br>4050 Main Street<br>Riverside, CA 92501 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Lawsuit was Settled and<br>Dismissed 01/08/2020** |

Debtor 1    **Harry Allen Hart**                                    Case number (if known)    **6:20-bk-15288-SY**

---

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

- ■ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

- ■ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

- ■ No
- ☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

- ■ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

- ■ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| Address (Number, Street, City, State and ZIP Code) | | | |

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

- ■ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | | |

## Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Address | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    Harry Allen Hart    Case number (if known)    6:20-bk-15288-SY

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| SHAW & HANOVER, PC<br>42600 Caroline Court, Suite 101<br>Palm Desert, CA 92211<br>ss@shaw.law | Attorney fees, cost for filing fee, credit counseling, credit report and any other costs. | Pursuant to Fee Agreement Pre-Petition | $12,859.23 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Matthew Swanson<br>9724 Nipa Avenue<br>California City, CA 93505<br><br>No Relation | 2009 Volkswagen Routan | $3,000.00 | 06/29/2020 |
| Julie Fishketa<br>12221 Ocotillo Road<br>Desert Hot Springs, CA 92240<br><br>Employee | 2011 BMW 328i | $3,500.00 | 06/09/2020 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1    Harry Allen Hart    Case number (if known)    6:20-bk-15288-SY

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| City National Bank PO Box 60938 Los Angeles, CA 90060 | XXXX-0034 | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 05/18/2020 (Maintenance fee was credited to account zeroing out the overdrawn account) | $0.00 |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
☑ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Menifee Ranch Self Storage 30125 US Highway 74 Homeland, CA 92548 | Harry Hart | 2000 5th Wheel (Belongs to Debtor's girlfriend; see no. 23) | ☐ No ☑ Yes |

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
☑ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Martha Naactabourne 2363 Trafalgar Avenue Riverside, CA 92506 | Menifee Ranch Self Storage 30125 US Highway 74 Homeland, CA 92548 | 2000 5th Wheel | Undetermined |
| Martha Naactabourne 2363 Trafalgar Avenue Riverside, CA 92506 | 10795 S. Tangerine Drive Mohave Valley, AZ 86440 | 2008 Mercedes-Benz GL320 | $2,500.00 |

Debtor 1    **Harry Allen Hart**                                          Case number (*if known*)    **6:20-bk-15288-SY**

---

**Part 10:**  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■  No
☐  Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.  Have you notified any governmental unit of any release of hazardous material?

■  No
☐  Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■  No
☐  Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:**  Give Details About Your Business or Connections to Any Business

27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐  No. None of the above applies.  Go to Part 12.

■  Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Harry Hart Dental Corporation<br>dba Hart Family Dental &<br>Springwood Dental Group<br>11523 Palm Drive<br>Desert Hot Springs, CA 92240 | Dental Services<br><br>Pinnacle Tax Services Inc. | EIN:    46-4428911<br><br>From-To   12/27/2013 - Present |

Debtor 1   Harry Allen Hart                                           Case number (if known)   6:20-bk-15288-SY

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| California Custom Bottle, Inc.<br>2363 Trafalgar Aveneu<br>Riverside, CA 92506 | Manufacturing Sales of Water Bottles<br><br>Pinnacle Tax Services, Inc. | EIN:     27-3378882<br><br>From-To   09/01/2010 - Closed 12/2016 |
| SoCal Bottling, Inc.<br>2363 Trafalgar Avenue<br>Riverside, CA 92506 | Manufacturing Sales of Water Bottles<br><br>Pinnacle Tax Services, Inc. | EIN:     81-2174900<br><br>From-To   12/14/2015 - Closed 05/2018 |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

Name
Address
(Number, Street, City, State and ZIP Code)                      Date Issued

Debtor 1    Harry Allen Hart _____    Case number (if known)   6:20-bk-15288-SY _____

---

**Part 12:**    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **Harry Allen Hart** | **Signature of Debtor 2** |
| Signature of Debtor 1 | |
| Date    AUG 16 2020 | Date _____ |

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   Harry Allen Hart _____

_____ Debtor(s)

Case No.   6:20-bk-15288-SY
Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept .................................................... | $ | $450/hour pursuant to hourly fee agreement |
| Prior to the filing of this statement I have received ................................. | $ | 0.00 |
| Balance Due ............................................................................................ | $ | 0.00 |

2.  The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

AUG 1 6 2020
_____
Date

Summer Shaw, Esq.
*Signature of Attorney*
**SHAW & HANOVER, PC**
**42600 Caroline Court, Suite 101**
**Palm Desert, CA 92211**
**(760) 610-0000  Fax: (760) 687-2800**
**ss@shaw.law**
*Name of law firm*