| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Summer Shaw, Esq.(SBN 283598)<br>SHAW & HANOVER, PC<br>42600 Caroline Court, Suite 101<br>Palm Desert, CA 92211<br>Telephone No.: (760) 610-0000<br>Facsimile No.: (760) 687-2800<br>Email: ss@shaw.law | |
| ☐ Individual appearing without attorney<br>☑ Attorney for Debtor, Harry Allen Hart | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION**

| In re:<br><br>    Harry Allen Hart<br><br><br><br><br><br>                        Debtor(s) | CASE NO.: 6:20-bk-15288-SY<br><br>CHAPTER: 11<br><br><br>SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)] |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B[1]    ☐ Schedule C    ☐ Schedule D    ☑ Schedule E/F[2]    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    8/21/20                                _____
                                    Harry Allen Hart
                                    Debtor 1 Signature

                                    _____
                                    Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

[1]Debtor is amending to disclose several claims he inadvertently did not list under number 33 of Sch A/B.

[2]Debtor is amending to give notice, only, to David Clark, Jonathan Goldstein and Esquire Depo Solutions, who were inadvertently left out of the initial Sch F.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**42600 Caroline Court, Suite 101**
**Palm Desert, CA 92211**

A true and correct copy of the foregoing document entitled (*specify*):  **Summary of Amended Schedules, Amended Schedules A/B, and F**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **08/21/2020** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com**
**Casey Z Donoyan cdonoyan@hrhlaw.com**
**Abram Feuerstein abram.s.feuerstein@usdoj.gov**
**Everett L Green everett.l.green@usdoj.gov**
**Cameron C Ridley Cameron.Ridley@usdoj.gov**
**Summer M Shaw ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com**
**United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:** On (*date*) **08/21/2020** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **HONORABLE JUDGE'S COPY** | **DEBTOR** |
| Honorable Scott H. Yun | Harry Allen Hart |
| **United States Bankruptcy Court** | **56728 29 Palms Highway** |
| **3420 Twelfth Street, Suite 345** | **Yucca Valley, CA  92284** |
| **Riverside, CA  92501-3819** | |

☑ Service information continued on attached page **3**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **08/21/2020** | **Jennifer Blanton** | *Jennifer Blanton* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

David Clark
432 Aliso Avenue
Newport Beach, CA 92663

David Clark
PO Box 2356
Newport Beach, CA 92659

Esquire Deposition Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Jonathan Goldstein aka
Law Offices of Jonathan Goldstein
80521 Avenida Sa Felipe
Indio, CA 92203

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Harry Allen Hart** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **6:20-bk-15288-SY** |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

| | | |
|---|---|---|
| 1.1 | | |
| **2363 Trafalgar Avenue** | What is the property? Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ■ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | Current value of the entire property?    Current value of the portion you own? |
| **Riverside    CA    92506-0000** | ☐ Land | $2,200,000.00    $2,200,000.00 |
| City    State    ZIP Code | ☐ Investment property | |
| | ☐ Timeshare | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | ☐ Other | **Fee simple** |
| | Who has an interest in the property? Check one | |
| **Riverside** | ■ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property (see instructions) |
| | ☐ At least one of the debtors and another | |

Other information you wish to add about this item, such as local property identification number:

**Debtor's Residence: 5 bedroom/6 bath, approx. 16,000 sq. ft., built in 1999.**
====================
**LIQUIDATION ANALYSIS: Comparable value - $2,200,000.00 - Est. costs of sale (8%) - $176,000.00, = FMV of Debtor's interest - $2,024,000.00 - 1st TD - $1,641.774.10 - 2nd TD - $148,374.00 - Property Taxes - $12,964.88 = $220,887.02**

| Debtor 1 | **Harry Allen Hart** | | Case number *(if known)* | **6:20-bk-15288-SY** |

### 1.2 If you own or have more than one, list here:

**10795 S. Tangerine Drive**
Street address, if available, or other description

| Mohave Valley | AZ | 86440-0000 |
| City | State | ZIP Code |

**Mohave**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| **$745,000.00** | **$745,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

**Residential Property: 3 bedroom/3 bath, approx. 3098 sq. ft., built in 2001.**
==================
**LIQUIDATION ANALYSIS: Comparable value - $745,000.00 - Est. costs of sale (8%) - $59,600.00, = FMV of Debtor's interest - $685,400.00 - 1st TD - $596,000.00 = $89,400.00**

### 1.3 If you own or have more than one, list here:

**56728 & 56734 29 Palms Highway**
Street address, if available, or other description

| Yucca Valley | CA | 92284-0000 |
| City | State | ZIP Code |

**San Bernardino**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other **Commercial**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| **$730,000.00** | **$730,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

**Commercial Property: 56728 29 Palms Hwy is a commercial building, approx. 3549 sq. ft., built in 1982.
56734 29 Palms Hwy is a small commercial building, consisting of approx. 774 sq. ft., built in 1950. The properties are currently occupied and rented to Debtor's corporation as one of his dental offices.**
==================
**LIQUIDATION ANALYSIS: Comparable value - $730,000.00 - Est. costs of sale (8%) - $58,400.00, = FMV of Debtor's interest - $671,600.00 - 1st TD - $281,671.83 = $389,928.17**

Debtor 1      **Harry Allen Hart**                                                    Case number *(if known)*   **6:20-bk-15288-SY**

---

**1.4**   **If you own or have more than one, list here:**

**11523 Palm Drive**
<u>Street address, if available, or other description</u>

**Desert Hot
Springs**            **CA**      **92240-0000**
<u>City</u>            <u>State</u>      <u>ZIP Code</u>

**Riverside**
<u>County</u>

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other   **Commercial Property**

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

Current value of the          Current value of the
entire property?              portion you own?
**$450,000.00**              **$450,000.00**

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.
**Fee simple**

☐ Check if this is community property
       (see Instructions)

**Commercial Property: Approx. 2,150 sq. ft., built in 2006. This property is
also occupied and rented to Debtor's corporation as one of his dental
offices.**
**========================**
**LIQUIDATION ANALYSIS: Comparable value - $450,000.00 - Est. costs of
sale (8%) - $36,000.00, = FMV of Debtor's interest - $414,000.00 - 1st TD -
$175,000.00 = $239,000.00**

---

**1.5**   **If you own or have more than one, list here:**

**APN: 935380005**
<u>Street address, if available, or other description</u>

**Temecula**            **CA**      **92590-0000**
<u>City</u>            <u>State</u>      <u>ZIP Code</u>

**Riverside**
<u>County</u>

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

Current value of the          Current value of the
entire property?              portion you own?
**$150,000.00**              **$150,000.00**

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.
**Fee simple**

☐ Check if this is community property
       (see Instructions)

**Vacant Land: 35.75 Acres**
**========================**
**LIQUIDATION ANALYSIS: Comparable value - $150,000.00 - Est. costs of
sale (10%) - $15,000.00, = FMV of Debtor's interest - $135,000.00 - Property
Taxes - $3,829.02 = $131,170.98**

---

Debtor 1    **Harry Allen Hart**                                    Case number *(if known)*   **6:20-bk-15288-SY**

1.6    **If you own or have more than one, list here:**

**APN: 23006900**

Street address, if available, or other description

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

| | |
|---|---|
| **Virginia City**  **MT**  **59755-0000** | |
| City    State    ZIP Code | |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,200.00 | $4,200.00 |

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

**Madison**

County

Other information you wish to add about this item, such as local property identification number:

**Vacant Lot: .21 Acres bare land**
========================
**LIQUIDATION ANALYSIS: Comparable value - $4,200.00 - Est. costs of sale (10%) - $420.00, = FMV of Debtor's interest - $3,780.00**

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>    | **$4,279,200.00** |

---

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Ford** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **F150** | ☑ Debtor 1 only | |
| | Year: **2006** | ☐ Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Approximate mileage: **165,000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | **KBB value for vehicle in good condition/trade-in value** | ☐ Check if this is community property (see instructions) | $3,950.00    $3,950.00 |

| | | | |
|---|---|---|---|
| 3.2 | Make: **Harley Davidson** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **FLHRC Road King Classic** | ☑ Debtor 1 only | |
| | Year: **2007** | ☐ Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Approximate mileage: **30,000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | **KBB value for vehicle in good condition/trade-in value** | ☐ Check if this is community property (see instructions) | $5,800.00    $5,800.00 |

---

Debtor 1   **Harry Allen Hart**                                          Case number *(if known)*   **6:20-bk-15288-SY**

---

**3.3**  Make:  **Harley-Davidson**

Model:  **FLHR Road King**

Year:  **2002**

Approximate mileage:  **26,000**

Other information:

> KBB value for vehicle in good condition/trade-in value

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$4,415.00**

Current value of the portion you own?   **$4,415.00**

---

**3.4**  Make:  **Harley-Davidson**

Model:  **FXDL Dyna Low Rider**

Year:  **2003**

Approximate mileage:  **40,000**

Other information:

> KBB value for vehicle in good condition/trade-in value

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$4,070.00**

Current value of the portion you own?   **$4,070.00**

---

**3.5**  Make:  **Mercedes-Benz**

Model:  **E320**

Year:  **2005**

Approximate mileage:  **215,000**

Other information:

> KBB value for vehicle in good condition/trade-in value

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$1,050.00**

Current value of the portion you own?   **$1,050.00**

---

**3.6**  Make:  **Dodge**

Model:  **Ram 1500**

Year:  **2012**

Approximate mileage:  **90,000**

Other information:

> KBB value for vehicle in good condition/trade-in value = $4,000.00
> Salvaged Vehicle - Vehicle is in Debtor's name only.  However, Debtor gave the vehicle to his son-in-law in 02/2017 in exchange for work his son-in-law did for him but legal title to the vehicle was never transferred.

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$0.00**

Current value of the portion you own?   **$0.00**

---

**3.7**  Make:  **Mercedes-Benz**

Model:  **E320**

Year:  **2006**

Approximate mileage:  **450,000**

Other information:

> - KBB value for vehicle in good condition/trade-in value
> - Non-Op - Vehicle is not running, and vehicle is used for parts

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$1,000.00**

Current value of the portion you own?   **$1,000.00**

---

Debtor 1    **Harry Allen Hart**                                        Case number (if known)   **6:20-bk-15288-SY**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here...............................................................=>    | $20,285.00 |

| **Part 3:** | **Describe Your Personal and Household Items** |

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Household Goods and Furnishings<br>(No Single Item Worth More Than $725 FMV) | $5,000.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | 2 Televisions, 1 Computer, 1 Laptop, 1 Printer/Scanner/Copier, and 1 Cell Phone<br>(No Single Item Worth More Than $725 FMV) | $1,000.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | Treadmill and Gym Equipment | $300.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

    | 1 Winchester 300 Mag, 1 H&H 3.75, 1 Sieco 30.06, 3 Winchester 30.30, 1 Marlin 30.30, 1 Anderson .223, 1 Keltek 12 Guage Shotgun, 1 Remmington 12 Guage Shotgun, 1 Eastern 12 Guage Shotgun, 1 Essex 45, 1 Glock 45, 1 Springfield 45, 1 Colt 22 Handgun, 1 Smith & Wesson 38 Handgun, and 1 Smith & Wesson 44 Mag | $2,400.00 |

Debtor 1    **Harry Allen Hart**                                    Case number (if known)    **6:20-bk-15288-SY**

**11. Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **Wearing Apparel** | $450.00 |

**12. Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

**13. Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ................................................................................ | **$9,150.00**

---

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?              **Current value of the portion you own?**
                                                                                        Do not deduct secured
                                                                                        claims or exemptions.

**16. Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes...........................................................................................

|  | |
|---|---|
| **Cash on Hand** | $4,500.00 |

**17. Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
    institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                     Institution name:

| 17.1. | **Checking Account** | **Union Bank - 8386** | $25,280.75 |
|---|---|---|---|
| 17.2. | **Checking Account** | **Union Bank - 7860**<br>**(The only funds deposited into this account**<br>**are SSI & VA benefits)** | $2,264.36 |

**18. Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................                     Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and**
    **joint venture**
    ☐ No
    ■ Yes. Give specific information about them..................
                         Name of entity:                         % of ownership:

Debtor 1    **Harry Allen Hart**                                    Case number *(if known)*  **6:20-bk-15288-SY**

| | | | |
|---|---|---|---|
| Harry Hart Dental Corporation dba Hart Family Dental and Springwood Dental Group ("HHD"): Assets are misc. office furniture, 25 computers, 12 laptops, 6 printer/scanner/copiers, 14 dental chairs, 1 dental scanner, 1 crown machine, 6 Xray machines, misc. dental equipment all with a liquidation value of approx. $30,000.00.  The corporation also has 1 Wells Fargo checking account with approx. $12,380.02, and 3 Union Bank checking accounts, 1 with approx. $146,775.50, 1 with approx. $100.00, and 1 with approx. $10,411.00.  Total assets total approx. $200,000.00.  However, HHD's total debts appear to exceed it's assets. | 100% | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
       Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
       Type of account:            Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................            Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............            Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............            Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                    Current value of the portion you own? Do not deduct secured claims or exemptions.

Debtor 1      **Harry Allen Hart**                                    Case number *(if known)*   **6:20-bk-15288-SY**

28. **Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.

|  Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

32. **Any interest in property that is due from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☐ No
- ■ Yes. Describe each claim.........

| Potential claim(s) against Wells Fargo Bank for wrongfull foreclosure | Undetermined |
|---|---|
| Claims against Jonathan Goldstein for malpractice, fraud, breach of fiduciary duty, and potentially other claims yet to be discovered. | Undetermined |
| Potential Claims against malpractice insurance company, Imperium Insurance Company, insurer of Orrock, Popka, Forino, Tucker & Dolen aka Dolen, Tucker, Tierney & Abraham | Undetermined |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
- ☐ No
- ■ Yes. Give specific information..

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Harry Allen Hart**                                         Case number *(if known)*   **6:20-bk-15288-SY**

| | |
|---|---|
| **FOR DISCLOSURE PURPOSES**<br>================================<br>**100% of Debtor's present and future interest in and right to receive Social Security Benefits [See 42 U.S.C. § 407(a)- The right of any person to any future payment under this subchapter shall not be transferable or assignable, at law or in equity, and none of the monies paid or payable or rights existing under this subchapter shall be subject to execution, levy, attachment, garnishment, or other legal process, or to the operation of any bankruptcy or insolvency law]** | $0.00 |
| **FOR DISCLOSURE PURPOSES**<br>================================<br>**100% of Debtor's present and future interest in and right to receive VA Disability Benefits 38 U.S.C. § 5301(a)(1) (a)(1) - Payments of benefits due or to become due under any law administered by the Secretary shall not be assignable except to the extent specifically authorized by law, and such payments made to, or on account of, a beneficiary shall be exempt from taxation, shall be exempt from the claim of creditors, and shall not be liable to attachment, levy, or seizure by or under any legal or equitable process whatever, either before or after receipt by the beneficiary. The preceding sentence shall not apply to claims of the United States arising under such laws nor shall the exemption therein contained as to taxation extend to any property purchased in part or wholly out of such payments. The provisions of this section shall not be construed to prohibit the assignment of insurance otherwise authorized under chapter 19 of this title, or of servicemen's indemnity.The exact amount to be received is unknown, but could be calculated by multiplying Debtor's current annual benefits by Debtor's life expectency, if necessary.** | $0.00 |
| Unused trusts funds in Debtor's bankruptcy counsel's trust account | $12,140.77 |

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................................................................................    | **$44,185.88** |

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes.  Go to line 38.

---

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes.  Go to line 47.

---

**Part 7:**    Describe All Property You Own or Have an Interest In That You Did Not List Above

---

Debtor 1    **Harry Allen Hart**                                   Case number *(if known)*   **6:20-bk-15288-SY**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................   | $0.00 |

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** .................................................................................................   | $4,279,200.00 |
56. **Part 2: Total vehicles, line 5**                                            $20,285.00
57. **Part 3: Total personal and household items, line 15**                        $9,150.00
58. **Part 4: Total financial assets, line 36**                                   $44,185.88
59. **Part 5: Total business-related property, line 45**                               $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**                      $0.00
61. **Part 7: Total other property not listed, line 54**                    +          $0.00

62. **Total personal property.** Add lines 56 through 61...        $73,620.88    Copy personal property total        $73,620.88

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                       | $4,352,820.88 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Harry Allen Hart** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **6:20-bk-15288-SY** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
■ Yes.

2.    **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **California Department of Tax and** | | | |
| | Priority Creditor's Name | $0.00 | $0.00 | $0.00 |
| | **Fee Administration** | | | |

Last 4 digits of account number  8911

**Fee Administration**
**Special Ops, MIC:55**
**PO Box 942879**
**Sacramento, CA 94279-0055**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice only - Listed in caution, no known debt**

Debtor 1    **Harry Allen Hart**    Case number (if known)    **6:20-bk-15288-SY**

---

| 2.2 | **Employment Development Department** | Last 4 digits of account number | ___ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Bankruptcy Group MIC92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**
Number Street City State Zip Code

When was the debt incurred?    _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                      ☐ Contingent

☐ Debtor 2 only                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only        ☐ Disputed

☐ At least one of the debtors and another    Type of PRIORITY unsecured claim:

☐ Check if this claim is for a community debt   ☐ Domestic support obligations

Is the claim subject to offset?     ■ Taxes and certain other debts you owe the government

■ No                                ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                               ☐ Other. Specify    **Notice only - Listed in caution, no known debt**

---

| 2.3 | **Ensen Mason CPA CFA - Tax Collector** | Last 4 digits of account number | **L015** | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**County of San Bernardino**
**268 West Hospitality Lane**
**San Bernardino, CA 92415-0360**
Number Street City State Zip Code

When was the debt incurred?    **07/2020**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                     ☐ Contingent

☐ Debtor 2 only                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only        ■ Disputed

■ At least one of the debtors and another   Type of PRIORITY unsecured claim:

☐ Check if this claim is for a community debt   ☐ Domestic support obligations

Is the claim subject to offset?     ■ Taxes and certain other debts you owe the government

■ No                                ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                               ☐ Other. Specify    **Unsecured property taxes for equipment located at 56728 29 Palms Highway, Yucca Valley, CA 92284 owed by HHD ($1,068.59)**

---

| 2.4 | **Ensen Mason CPA CFA - Tax Collector** | Last 4 digits of account number | **P000** | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**County of San Bernardino**
**268 West Hospitality Lane**
**San Bernardino, CA 92415-0360**
Number Street City State Zip Code

When was the debt incurred?    **07/2020**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                     ☐ Contingent

☐ Debtor 2 only                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only        ■ Disputed

■ At least one of the debtors and another   Type of PRIORITY unsecured claim:

☐ Check if this claim is for a community debt   ☐ Domestic support obligations

Is the claim subject to offset?     ■ Taxes and certain other debts you owe the government

■ No                                ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                               ☐ Other. Specify    **Unsecured property taxes for equipment located at 56728 29 Palms Highway, Yucca Valley, CA 92284 owed by HHD ($739.742)**

---

Debtor 1    Harry Allen Hart _____    Case number (if known)    6:20-bk-15288-SY

| 2.5 | **Internal Revenue Service** | Last 4 digits of account number  2085 | $628,247.39 | $0.00 | $628,247.39 |
|---|---|---|---|---|---|

Priority Creditor's Name
**Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?    12/2012

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                **2012 Income Taxes**

---

| 2.6 | **Internal Revenue Service** | Last 4 digits of account number  2085 | $289,335.31 | $0.00 | $289,335.31 |
|---|---|---|---|---|---|

Priority Creditor's Name
**Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?    12/2011

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                **2011 Income Taxes**

---

| 2.7 | **Jon Christensen** | Last 4 digits of account number  4024 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**Treasurer - Tax Collector
4080 Lemon Street, 1st Floor
PO Box 12005
Riverside, CA 92502-2205**
Number Street City State Zip Code

When was the debt incurred?    07/2020

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                **Unsecured property taxes for HHD's equipment
                located at 11523 Palm Drive, Desert Hot Springs,
                CA 92240 ($894.16)**

---

Debtor 1   Harry Allen Hart

Case number (if known)   6:20-bk-15288-SY

---

| 2.8 | Jon Christensen | Last 4 digits of account number | 1074 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**Treasurer - Tax Collector**
**4080 Lemon Street, 1st Floor**
**PO Box 12005**
**Riverside, CA 92502-2205**
Number Street City State Zip Code

When was the debt incurred?   07/2020

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**Unsecured property taxes for HHD's equipment located at 11523 Palm Drive, Desert Hot Springs, CA 92240 ($1,862.90)**

---

| 2.9 | State of California | Last 4 digits of account number | 2085 | $9,598.00 | $9,598.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred?   12/2019

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**2019 Personal Income Taxes**

---

| 2.10 | State of California | Last 4 digits of account number | 8911 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred?   2018

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**2018 Business Income Taxes for HHD ($4,486.00)**

---

Debtor 1   **Harry Allen Hart**

Case number (if known)   **6:20-bk-15288-SY**

---

**2.1 1**

| | | | | |
|---|---|---|---|---|
| **State of California** | Last 4 digits of account number | 2085 | $5,929.00 | $5,929.00 | $0.00 |

State of California
Priority Creditor's Name
**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred?   **12/2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**2018 Personal Income Taxes**

---

**2.1 2**

| | | | | |
|---|---|---|---|---|
| **State of California** | Last 4 digits of account number | 2085 | $7,377.00 | $0.00 | $7,377.00 |

State of California
Priority Creditor's Name
**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred?   **12/2012**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**2012 Personal Income Taxes**

---

**2.1 3**

| | | | | |
|---|---|---|---|---|
| **State of California** | Last 4 digits of account number | 8911 | $0.00 | $0.00 | $0.00 |

State of California
Priority Creditor's Name
**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred?   **2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**2019 Business Income Taxes owwed by HHD ($8,977.00)**

---

Debtor 1  **Harry Allen Hart**                          Case number (if known)  **6:20-bk-15288-SY**

| 2.1 4 | **State of California** | Last 4 digits of account number  **8911** | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**2020 Business Income Taxes owed by HHD ($800.00)**

---

**Part 2:**   List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **Bank of America, N.A.** | Last 4 digits of account number  **646** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Officer, Director or**
**Managing Agent**
**100 North Tryon Street**
**Charlotte, NC 28202**
Number Street City State Zip Code

When was the debt incurred?   **Opened 06/2010  Last Active 2/2011**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card - Creditor was listed on Debtor's credit report - Listed in caution**

---

Debtor 1  **Harry Allen Hart**                                      Case number (if known)    6:20-bk-15288-SY

---

**4.2**  | **Betty Smith Clark** | Last 4 digits of account number    **8446** | **$0.00**

Nonpriority Creditor's Name
**c/o Ross Wersching & Wolcott, LLP**          When was the debt incurred?    **2018**
**3151 Airway Avenue, Suite S-1**
**Costa Mesa, CA 92626**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community   ☐ Student loans
debt                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify   **Listed in Caution**

---

**4.3**  | **California Custom Bottles, Inc.** | Last 4 digits of account number | **$0.00**

Nonpriority Creditor's Name
**2363 Trafalgar Avenue**                   When was the debt incurred?
**Riverside, CA 92506**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community   ☐ Student loans
debt                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify   **Listed in caution**

---

**4.4**  | **David Clark** | Last 4 digits of account number | **$0.00**

Nonpriority Creditor's Name
**432 Aliso Avenue**                         When was the debt incurred?    **2018**
**Newport Beach, CA 92663**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ■ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community   ☐ Student loans
debt                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify   **Listed in Caution**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Harry Allen Hart**

Case number (if known)    6:20-bk-15288-SY

---

| 4.5 | **Dental Board of California** | Last 4 digits of account number | 1884 | $5,000.00 |

Nonpriority Creditor's Name

**2005 Evergreen Street**
**Suite 1550**
**Sacramento, CA 95815**

When was the debt incurred?    2018

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.6 | **Eric Stoppenhagen** | Last 4 digits of account number | 5139 | $362,727.28 |

Nonpriority Creditor's Name

**2085 E. Liberty Street**
**Round Rock, TX 78664**

When was the debt incurred?    2017

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Lawsuit**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.7 | **Esquire Deposition Solutions** | Last 4 digits of account number | 9969 | $0.00 |

Nonpriority Creditor's Name

**2700 Centennial Tower**
**101 Marietta Street**
**Atlanta, GA 30303**

When was the debt incurred?    2019

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Listed in Caution**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1   **Harry Allen Hart**                               Case number (if known)   **6:20-bk-15288-SY**

---

| 4.8 | **Farmers Insurance Exchange** | Last 4 digits of account number   **7649** | **$7,807.50** |

Nonpriority Creditor's Name
c/o Alan D. Wilner, APC
847 No. Hollywood Way, Suite 201
Burbank, CA 91505-2826
Number Street City State Zip Code

**When was the debt incurred?**   **2018**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Business Debt - Lawsuit**

---

| 4.9 | **Harry Hart Dental Corporation** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
56728 29 Palms Highway
Yucca Valley, CA 92284
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Listed in caution**

---

| 4.10 | **Hibu Inc.** | Last 4 digits of account number   **6674** | **$15,630.50** |

Nonpriority Creditor's Name
601 108th Avenue NE
Suite 1810
Bellevue, WA 98004
Number Street City State Zip Code

**When was the debt incurred?**   **2013**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Business Debt - Judgment**

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  9 of 15

Debtor 1  **Harry Allen Hart**

Case number (if known)    **6:20-bk-15288-SY**

---

| 4.1 1 | | | |
|---|---|---|---|

**Jonathan Goldstein aka**
Nonpriority Creditor's Name

**Law Offices of Jonathan Goldstein**
**80521 Avenida Sa Felipe**
**Indio, CA 92203**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **2020**

$0.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Listed in Caution**

---

| 4.1 2 | | | |
|---|---|---|---|

**JPMorgan Chase Bank, N.A.\***
Nonpriority Creditor's Name

**Attn: Officer, Director or**
**Managing Agent**
**1111 Polaris Parkway**
**Columbus, OH 43240**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number    **8937**

When was the debt incurred?    **01/2019**

$89,274.48

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business Debt - Credit Card**

---

| 4.1 3 | | | |
|---|---|---|---|

**JPMorgan Chase Bank, N.A.\***
Nonpriority Creditor's Name

**Attn: Officer, Director or**
**Managing Agent**
**1111 Polaris Parkway**
**Columbus, OH 43240**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number    **3844**

When was the debt incurred?    **01/2020**

$20,109.20

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business Debt - Credit Card**

---

Debtor 1   **Harry Allen Hart**                                     Case number *(if known)*   **6:20-bk-15288-SY**

---

**4.1 4**

**Lindsay Hawkins**                                     Last 4 digits of account number _____                    $0.00
Nonpriority Creditor's Name
**49645 Magnolia Drive**                             When was the debt incurred?   _____
**Morongo Valley, CA 92256**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community             ☐ Student loans
debt                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                      report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify   **Listed in Caution Only**

---

**4.1 5**

**Roger Randazzo**                                    Last 4 digits of account number _____                    $0.00
Nonpriority Creditor's Name
**809 Park Hill Avenue**                              When was the debt incurred?   **08/2016**
**Bullhead City, AZ 86429**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community             ☐ Student loans
debt                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                      report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify   **Personal Loan - Barred by statute of limitations**

---

**4.1 6**

**SoCal Bottling, Inc.**                              Last 4 digits of account number _____                    $0.00
Nonpriority Creditor's Name
**2363 Trafalgar Avenue**                             When was the debt incurred?   _____
**Riverside, CA 92506**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community             ☐ Student loans
debt                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                      report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify   **Listed in caution**

---

Debtor 1   **Harry Allen Hart**

Case number (if known)   **6:20-bk-15288-SY**

---

| 4.17 | | | |
|---|---|---|---|

**Wells Fargo Bank, N.A.**
Nonpriority Creditor's Name
**Attn: Officer, Director or Managing Agent**
**101 North Phillips Avenue**
**Sioux Falls, SD 57104**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **6847**

When was the debt incurred?   **2012**

$1,312,304.54

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Lawsuit Case No.**
**RIC1616847**

---

| 4.18 | | | |
|---|---|---|---|

**Wells Fargo Bank, N.A.**
Nonpriority Creditor's Name
**Attn: Officer, Director or Managing Agent**
**101 North Phillips Avenue**
**Sioux Falls, SD 57104**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **2511**

When was the debt incurred?

$1,080,875.70

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Lawsuit Case No.**
**RIC1902511**

---

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Alan D. Wilner, APC**<br>**847 No. Hollywood Way, Suite 201**<br>**Burbank, CA 91505-2826** | Line **4.8** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| **Bank of America, N.A.**<br>**PO Box 982238**<br>**El Paso, TX 79998** | Line **4.1** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| **Bank of America, N.A.**<br>**Attn: Officer, Director or Managing Officer** | Line **4.1** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

---

Official Form 106 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 12 of 15

Debtor 1  **Harry Allen Hart**                                            Case number (if known)    **6:20-bk-15288-SY**

PO Box 15047
Wilmington, DE 19850-5047

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America, N.A.**<br>**Attn:  Officer, Director or**<br>**Managing Officer**<br>**PO Box 5170, Unit CA6-919-01-41**<br>**Simi Valley, CA 93062** | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America, N.A.**<br>**Attn: Officer, Director or**<br>**Managing Officer**<br>**150 N. College St., NC1-028-17-06**<br>**Charlotte, NC 28255** | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America, N.A.**<br>**c/o C T Corporation System**<br>**Agent for Service of Process**<br>**818 West Seventh Street, Suite 930**<br>**Los Angeles, CA 90017** | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **David Clark**<br>**PO Box 2356**<br>**Newport Beach, CA 92659** | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **First American Title Company**<br>**Attn: Officer, Director or MGA**<br>**11 First American Way**<br>**Santa Ana, CA 92707** | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **First American Title Company**<br>**Attn: CSC - Lawyers Inc. Services**<br>**2710 Gateway Oaks Drive**<br>**Suite 150N**<br>**Sacramento, CA 95833** | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **First American Title Insurance Co**<br>**Attn: Officer, Director & MGA**<br>**1 First American Way**<br>**Santa Ana, CA 92707** | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **First American Title Insurance Co**<br>**Attn: CSC - Lawyers Inc. Service**<br>**2710 Gateway Oaks Drive**<br>**Suite 150N**<br>**Sacramento, CA 95833** | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Gardener & Riechmann, Inc.**<br>**1806 No. Broadway, Suite A**<br>**Santa Ana, CA 92706** | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

Debtor 1    **Harry Allen Hart**                                        Case number (if known)    **6:20-bk-15288-SY**

---

**Name and Address**
**Gregory J. Salute**
**Supervising Deputy Attorney**
**General**
**600 West Broadway, Suite 1800**
**San Diego, CA 92101**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Gresham Savage Nolan & Tilden**
**3403 Tenth Street, Suite 700**
**Riverside, CA 92501-3641**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Hemar, Rousso & Heald, LLP**
**15910 Ventura Boulevard**
**12th Floor**
**Encino, CA 91436**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Hemar, Rousso & Heald, LLP**
**15910 Ventura Boulevard**
**12th Floor**
**Encino, CA 91436**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**JPMorgan Chase Bank, N.A.**
**c/o C T Corporation System**
**Agent for Service of Process**
**818 West Seventh Street, 2nd Floor**
**Los Angeles, CA 90017**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**JPMorgan Chase Bank, N.A.**
**c/o C T Corporation System**
**Agent for Service of Process**
**818 West Seventh Street, 2nd Floor**
**Los Angeles, CA 90017**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Molly E. Selway**
**Deputy Attorney General**
**600 West Broadway, Suite 1800**
**San Diego, CA 92101**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Ross Wersching & Wolcott, LLP**
**3151 Airway Avenue, Suite S-1**
**Costa Mesa, CA 92626**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          8446

---

**Name and Address**
**Stream Kim Hicks Wrage & Alfaro**
**PC**
**3403 10th Street**
**Suite 700**
**Riverside, CA 92501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Wells Fargo Bank, N.A.**
**c/o CSC - Lawyers Inc. Service**
**Agent for Service of Process**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Harry Allen Hart**                                                                                     Case number (if known)    **6:20-bk-15288-SY**

**251 Little Falls Drive**
**Wilmington, DE 19808**

Last 4 digits of account number _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Wells Fargo Bank, N.A.**<br>**c/o CSC - Lawyers Inc. Service**<br>**Agent for Service of Process**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | Line **4.18** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Xavier Becerra**<br>**Attorney General of California**<br>**600 West Broadway, Suite 1800**<br>**San Diego, CA 92101** | Line **4.5** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

---

**Part 4:**   Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. $ 940,486.70 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ 940,486.70 |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 2,893,729.20 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ 2,893,729.20 |